**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Eastern District Of Washington _____
(State)

Case number (*If known*): _____ Chapter 11 ____

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**

   Digideal Corporation

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   8 8 – 0 3 9 2 9 2 2

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 5207 E. Third Avenue | |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Spokane            WA      99212 | |
   | City            State    ZIP Code | City            State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | SPOKANE | |
   | County | Number    Street |
   | | City            State    ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

17-00449-FPC11    Doc 1    Filed 02/22/17    Entered 02/22/17 09:36:15    Pg 1 of 24

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_3_ _3_ _9_ _9_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                           MM / DD / YYYY

        District _____ When _____ Case number _____
                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                      MM / DD / YYYY

        Case number, if known _____

17-00449-FPC11    Doc 1    Filed 02/22/17    Entered 02/22/17 09:36:15    Pg 2 of 24

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

17-00449-FPC11    Doc 1    Filed 02/22/17    Entered 02/22/17 09:36:15    Pg 3 of 24

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/21/2017
         MM / DD / YYYY

✘ s/Michael J. Kuhn                  Michael J. Kuhn
Signature of authorized representative of debtor      Printed name

Title   President

**18. Signature of attorney**

✘ s/Kevin O'Rourke            Date   02/21/2017
Signature of attorney for debtor               MM / DD / YYYY

Kevin O'Rourke
Printed name

Southwell & O'Rourke, P.S.
Firm name

421 W. Riverside Avenue, Suite 960
Number      Street

Spokane                      WA      99201
City                         State      ZIP Code

(509) 624-0159             kevin@southwellorourke.com
Contact phone                   Email address

28912                        WA
Bar number                      State

**United States Bankruptcy Court**
**Eastern District of Washington**

In re:    DIGIDEAL CORPORATION

Case No.
Chapter 11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, MICHAEL J. KUHN, declare under penalty of perjury that I am the President, Secretary, and a Director of Digideal Corporation, a corporation, and I, ROBERT STOLL, a director of Digideal Corporation, and that on February 21, 2017, the following resolution was duly adopted by the Board of Director of this Corporation.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that MICHAEL J. KUHN, President, Secretary, and a Director of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that, MICHAEL J. KUHN, President, Secretary, and a Director of this Corporation, is authorized and directed in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that MICHAEL J. KUHN, President, Secretary, and a Director of this Corporation, is authorized and directed to employ Southwell & O'Rourke, P.S., to represent the Corporation in such bankruptcy case."

Executed on: 2-21-17

Signed: _____ PRESIDENT
MICHAEL J. KUHN, President and Secretary

Executed on: 2/21/17

Signed: _____ Director
ROBERT STOLL, Director

In re: **Digideal Corporation**

Case No. _____

Chapter **11** _____

Debtors

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **2/2017** _____

Signed: **s/Michael J. Kuhn** _____

Dated: _____

Signed: _____

```
KEVIN O'ROURKE
421 W. RIVERSIDE AVENUE, SUITE 960
SPOKANE, WA 99201


DIGIDEAL CORPORATION
5207 E. THIRD AVENUE
SPOKANE, WA 99212


 DAN O'ROURKE
421 W. RIVERSIDE AVENUE, SUITE 960
SPOKANE, WA 99201


1987 NORMAN L. KAUFMAN FAMILY TRUST
MRS. ESSIE KAUFMAN
PO BOX 480097
DELRAY BEACH, FL 33448


AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES, CA 90096


AMY WALLACE
9309 N. PHOEBE
SPOKANE, WA 99208


APPLIED MANAGEMENT STRATEGIES
61 QUAIL RUN ROAD
HENDERSON, NV 89014


ASSOCIATED INDUSTRIES
1206 N. LINCOLN SUITE 200
SPOKANE, WA 99201


BACHMAN HEATING & AIR, LLC
6525 N. VICTOR STREET
SPOKANE, WA 99202


BETWISER GAMES, LLC
7500 SALVADORA PL
LAS VEGAS, NV 89113


BOJORQUEZ, DEHLINDA
PO BOX 2326
HELENDALE, CA 92342
```

```
BRAJCICH, DOUGLAS
601 W. MAIN AVE., STE 812
SPOKANE, WA 99212


BRAWNER, RANDY & HOLLY
5012 S. ST. ANDREWS LANE
SPOKANE, WA 99223


BRUTOCAO VINEYARDS, INC.
BRUTOCAO, DAVID
PO BOX 780
HOPLAND, CA 95449


BUGGE, ANNE
PO BOX 1666
17110 163RD AVE., NE
WOODINVILLE, WA 98072


C. MARK CASEY, IRA
115 N. WASHINGTON, SUITE 300
SPOKANE, WA 99201


CABA, KATHRYN A.
19341 SW BROOKSIDE WAY
BEND, OR 97702


CANADA REVENUE AGENCY
TAX CENTRE
PO BOX 14002 STN MAIN
WINNIPEG, MB, CANADA MB R3C 3PB


CARPENTER, ERIN (LEWIN)
10945 STILLWATER CT
FISHERS, IN 46037


CARTER, ROBERT & SANDRA
628 W. 22ND AVENUE
SPOKANE, WA 99203


CASINO SERVICES PUBLISHING, LLC
112 N. UNIVERSITY DR #300
FARGO, ND 58102


CATER, RONALD & LINDA
628 W. 22ND AVENUE
SPOKANE, WA 99203
```

```
CHANDLER IP
618 N. FOURTH STREET
COEUR D'ALENE, ID 83814


CHRISTMANN INVESTMENTS, LTD
ELGIN E. CONNER, JR.
4200 S. HULEN ST., STE 319
FORT WORTH, TX 76109


COLVIN, CORY S.
PO BOX 2682
SPOKANE, WA 99220


CORLISS, MARY JANE
2506 S. BLUE FERN LANE
SPOKANE, WA 99223


DATTUM, ALICE GARLAND
13801 N. RIVERBLUFF LANE
SPOKANE, WA 99208


DAVID KRISE
6740 W. SALISHAN WAY
SPIRIT LAKE, ID 83869


DAVIES, GARY W.
10605 E. HOLMAN ROAD
SPOKANE, WA 99206


DELL BUSINESS CREDIT
PO BOX 5275
CAROL STREAM, IL 60197


DERNBACH, ALAN S.
1603 W. PINEHILL ROAD
SPOKANE, WA 99218


DFI TECHNOLOGIES


DIGIDEAL CORP ESOP
5207 E. THIRD AVENUE
SPOKANE, WA 99212
```

DIGITAL VIEW, INC.
18440 TECHNOLOGY DR., BLDG 120
MORGAN HILL, CA 95037


DIROCCO CONSULTING, LLC
384 STURGES RIDGE ROAD
WILTON, CT 06897


DOKKEN, RUSSELL
15751 HARTMAN AVE
OMAHA, NE 68116


DUNCAN, CHRIS D
4916 S. GILLIS COURT
SPOKANE VALLEY, WA 99206


ENKEMA, JEFFREY
PO BOX 4123
BELLEVUE, WA 98009


EOWEN ROSENTRATER LAW OFFICE
108 N. WASHINGTON ST., SUITE 302
SPOKANE, WA 99201


ERIC MIESCH
524 W. 26TH AVENUE
SPOKANE, WA 99203


ERICKSON, VICTORIA
305 CARYSFORT ROAD
KEY LARGO, FL 33037


ESMAILI, ZARIK
348 HAUSER BLVD #201
LOS ANGELES, CA 90036


ETTER, MCMAHON, ET. AL.
618 W. RIVERSIDE AVE., STE 210
SPOKANE, WA 99201


FAB VENTURES, LLC
FRED BROWN
6010 E. GREENBLUFF ROAD
COLBERT, WA 99005

FILL, DENNIS
PO BOX 2818
KIRKLAND, WA 98083


FIRST NATIONAL BANK OF OMAHA
PO BOX 2818
OMAHA, NE 68103


FITTERER, J.D.
4114 S. NAPA
SPOKANE, WA 99203


FLOYD, NICOLE A.
8226 E. MOUNTAIN HIGH LANE
SPOKANE, WA 99223


FRANCO, STEVEN J.
704 COMMONS FORD ROAD
AUSTIN, TX 78733


FRANZEL, ELLEN BROWN & BENT
2 SPRINGER COURT
BETHESDA, MD 20817


FRIEDLANDER, RICHARD
7101 N. WALNUT COURT
SPOKANE, WA 99208


G.L.I., LLC
LOCK BOX 3151
PO BOX 85000
PHILADELPHIA, PA 19178


GALLAND, PHILIP T.
2012 E. 54TH AVENUE
SPOKANE, WA 99223


GARLAND, ALICE
13801 N. RIVERBLUFF LANE
SPOKANE, WA 99208


GIRARDI THOMAS
1126 WILSHIRE BLVD
LOS ANGELES, CA 90017

GONDRAND TRAFFIC BV
MADRIDSTRAAT 8-10
1175 RK
LIJNDEN, NETHERLANDS


GORE, DANIEL
2120 S. POST STREET
SPOKANE, WA 99203


GREGORY, RANDY
C/O TOM CULBERTSON
LUKINS & ANNIS
717 W. SPRAGUE AVE., STE 1600
SPOKANE, WA 99201


HANNES, RON
2209 E. BROOKFIELD LANE
SPOKANE, WA 99223


HANSEN, RICK
13411 E. 8TH AVENUE
SPOKANE, WA 99216


HANSON, RANDY
5555 N. RILEY ST.
LAS VEGAS, NV 89149


HARGIS BLACK, HELEN A.
4406 E. 51ST
SPOKANE, WA 99223


HENDRICKS, CHARLES
2308 CENTENNIAL ROSE DR.
FARGO, ND 58104


HMS PANAMA CORPORATION
CALLE 71 SAN FRANCISCO
PH MORICA, PISO 8
OFFICINA 4
PANAMA CITY, PANAMA 8C41K JGVJ0


HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON
400 S. FOURTH STREET, 3RD FLOOR
LAS VEGAS, NV 89101


HUPPIN, MURRAY & LESLIE
3607 S. JEFFERSON DR.
SPOKANE, WA 99203

```
IBEX ABSOLUTE FUND, LP
RICHARD KESNER
551 NW 77TH ST., STE 101
BOCA RATON, FL 33487


ICM ASSET MANAGEMENT
601 W. MAIN, SUITE 900
SPOKANE, WA 99201


INDIANA DEPT OF REVENUE
100 N. SENATE AVENUE
INDIANAPOLIS, IN 46204


INTERNATIONAL GAME TECHNOLOGY
9295 PROTOTYPE DRIVE
RENO, NV 89521


INTERTEK TESTING SERVICES NA INC
1365 ADAMS COURT
MENLO PARK, CA 94025


JANICE PANCOAST
6419 E. 18TH AVENUE
SPOKANE VALLEY, WA 99212


JDLS, LLC
C/O ICM ASSET MANAGEMENT
ATTN: JAMES SIMMONS
601 W. MAIN #900
SPOKANE, WA 99201


JESSEN, ROD C
609 E. BRENTWOOD
SPOKANE, WA 99208


JKT PARTNERS
1603 W. PINEHILL ROAD
SPOKANE, WA 99218


JOEL JACOBSON, IRA
C/O PROVIDENT FINANCIAL MGMT
2850 OCEAN PARK BLVD, STE 300
SANTA MONICA, CA 90405


JORGENSEN, ROBERT
7723 N. MORTON STREET
SPOKANE, WA 99208
```

```
KANE KUHN
814 S. LINCOLN PL #4
SPOKANE, WA 99204


KEITH A. TREFRY
SCOTT C. CIFRESE
PAINE HAMBLEN LLP
717 W. SPRAGUE AVE., STE 1200
SPOKANE, WA 99201


KELEGIAN ENTERPRISES
8 VIA CORALLE
NEWPORT COAST, CA 92657


KELLN, NORMAN G AND SUSAN
269 EAGLE DR
CHEWELAH, WA 99109


KING, GARY
2515 S. LACEY COURT
SPOKANE, WA 99223


KOELLING, DAVID C.
2750 S. DURANGO DR., #1025
LAS VEGAS, NV 89117


KOYAH VENTURES, LLC
601 W. MAIN, SUITE 900
SPOKANE, WA 99201


KRISE, DAVID A
6740 W. SALISHAN WAY
SPIRIT LAKE, ID 83869


KUHN, KANE
814 S. LINCOLN PLACE #4
SPOKANE, WA 99204


KUHN, LEE
7018 N. 138TH AVENUE
OMAHA, NE 68142


KUHN, MICHAEL
4623 E. GLENNAIRE
SPOKANE, WA 99223
```

LACK, WALTER
10100 SANTA MONICA BLVD
12TH FLOOR
LOS ANGELES, CA 90067


LACKIE, HUGH T.
701 E. INVERNESS LANE
SPOKANE, WA 99223


LAKES ENTERTAINMENT
130 CHESIRE LANE #101
HOPKINS, MN 55305


LEASE, TERESA M.
3639 S. HEALTHER PL
BELLINGHAM, WA 98226


LENARTZ, DAVID & DEBORAH
14608 E. OLYMPIC AVENUE
SPOKANE, WA 99216


LUCAS KUHN
2815 E. 19TH VENUE
SPOKANE, WA 99223


LUGER, JOHN J.
405 SHORELAND DR., SE
BELLEVUE, WA 98004


MAGERS, FORREST & WENDY
PO BOX 433
NORDMAN, ID 83848


MALEY, GERALD
3545 WOODBURY PARK DR.
FARGO, ND 58103


MANTEI, LAURA L.
22472 NE 102ND PLACE
REDMOND, WA 98053


MARK RAY, SR., LLC
17917 LITTLE SPOKANE DR.
COLBERT, WA 99005

MARTHA BRUTOCAO 1987 IRREVOCABLE TRUST
MRS. LEONARD BRUTOCAO
1370 HWY 175
HOPLAND, CA 95449


MARTIN, LARRY
9015 N. ROSSMOOR COURT
SPOKANE, WA 99208


MARTIN, ROGER & GLORIA
2509 GREEN MEADOW CIRCLE
WICHITA, KS 67205


MATTHEW PEPPIN
3817 LOXTON LOOP
COEUR D'ALENE, ID 83815


MAURICIO WAGNER
ALCANFORES 456 DEPTO 302
MILAFLORES, LIMA PERU 15046


MAXWELL, GARY R.
5433 S. QUAIL RIDGE CIR
SPOKANE, WA 99223


MCGONIGLE, DEE
1424 E. WOODCLIFF ROAD
SPOKANE, WA 99203


MCKEE, LOWELL S.
1625 E. HALF MOON LAKE LN
COLBERT, WA 99005


MCMILLAN, JOHN A
500 PINE STREET
SEATTLE, WA 98101


MELISSA DENMAN
5615 W. COMANCHE DR.
SPOKANE, WA 99208


MICHAEL CURCIO IRA
MICHAEL
20 E. CEDAR ST., APT 4A
CHICAGO, IL 60611

MICHAEL J. KUHN
4623 E. GLENNAIRE DR.
SPOKANE, WA 99223


MICHAEL KUHN
4623 E. GLENNAIRE DR.
SPOKANE, WA 99223


MIKALSON, JANINE A.
63171 DESERT SAGE ST
BEND, OR 97701


MILLER, DON & MICHELLE
6314 E. SADDLEBACK ST
MESA, AZ 85215


MILSOW, LARRY & LINDA
404 W. SUMNER AVE
SPOKANE, WA 99204


MOHR, CHARLES & CAROL
5101 E. 56TH COURT
SPOKANE, WA 99223


MOLONEY, JOHN P. JR.
818 W. RIVERSIDE AVE., STE 800
SPOKANE, WA 99201


MORGAN, PATRICIA
921 W. BROADWAY, SUITE 301
SPOKANE, WA 99201


MORRIS, ANNE CORLISS
5709 S. NAPA STREET
SPOKANE, WA 99223


MOSS ADAMS, LLP
601 W. RIVERSIDE AVE., SUITE 1800
SPOKANE, WA 99201


MOSTASHARI, MOE
520 N. BEVERLY DRIVE
BEVERLY HILLS, CA 90210

MURPHY, MICHAEL
5420 QUAIL RIDGE CIRCLE
SPOKANE, WA 99223


NABAC, LLC
13230 S. BLUEGROUSE LANE
SPOKANE, WA 99224


NATOMAS PARTNERS, LP
R STOCKTON RUSH III
1324 LEXINGTON WAY E
SEATTLE, WA 98112


NEW MEXICO TAXATION
PO BOX 25127
SANTA FE, NM 87504


NIKOLOFF, JOHNNA
6615 S. HIGHLAND PARK DR.
SPOKANE, WA 99223


NORTHLIGHT FINANCIAL, LLC
60 E. 42ND STREET, SUITE 2800
NEW YORK, NY 10165


OLD DOMINION FREIGHT LINE, INC.
PO BOX 742296
LOS ANGELES, CA 90074


ON TIME EXPRESS LIMITED
FLAT 18, 1ST FLOOR, SINO INTERNATIONAL PLAZA
9 KAI CHEUNG ROAD
KOWLOON BAY, KLN, HONG KONG


OSSELLO, GUY
75 BURNING TREE LANE
BUTTE, MT 59701


OSSELLO, JACK
12131 N. RIVERWOOD DR.
SPOKANE, WA 99218


OSSELLO, JACK & KATHY
12131 N. RIVERWOOD DR.
SPOKANE, WA 99218

OSSELLO, JOSEPH
12131 N. RIVERWOOD DR.
SPOKANE, WA 99218

OSSELLO, MARIA
12131 N. RIVERWOOD DR.
SPOKANE, WA 99218

OSSELLO, MARK
5906 E. 25TH LANE
SPOKANE, WA 99223

PACIFIC FLYWAY BUILDERS, INC.
BRAD LOUDEN
11110 S. DEGRAY
SPOKANE, WA 99224

PATRICK, JOSEPH
4817 W. NORTHWEST BLVD
SPOKANE, WA 99205

PAUL E. RUSSELL, IRA
14615 W. PINE BLUFF ROAD
NINE MILE FALLS, WA 99026

PETERSON, ALBERT & SHARON
137 HEIMAT ROAD
HARDIN, MT 59034

PHILLIPS, THOMAS W. & PEGGY V.
8061 LAKEMONT DR., NE
SEATTLE, WA 98115

POOLE, LAURENT D.
9210 N. FIRERIDGE TRAIL
SCOTTSDALE, AZ 85268

PREMIER PARTNER INVESTMENT, LLP
IRVIN GROSS
800 S. OCEAN BLVD, APT L1
BOCA RATON, FL 33432

RAY SR., MARK J.
17917 LITTLE SPOKANE DR.
COLBERT, WA 99005

REED, JAMES GW




REIN, DONEVAN A.
35905 SE SANDALEE COURT
SNOQUALMIE, WA 98065


REIN, GERALDINE G.
3906 W. CRANDALL LANE
SPOKANE, WA 99208


REIN, JONATHAN U
1208 GORDON LANE
SANTA ROSA, CA 95404


REIN, RYAN D.
3906 W. CRANDALL LANE
SPOKANE, WA 99208


RETTMAN, PETER
3700 W. LAWTON ST.
SEATTLE, WA 98199


REUGH CONSTRUCTION
K WENDELL REUGH
4814 S. ST. ANDREWS LANE
SPOKANE, WA 99223


REUGH, WENDELL
4814 S. ST. ANDREWS LANE
SPOKANE, WA 99223


RIVARD, ELIZABETH A.
5202 S. HOGAN COURT
SPOKANE, WA 99223


RIVARD, JAMES D.
C/O SRM DEVELOPMENT
111 N. POST ST., STE 200
SPOKANE, WA 99201


SABEY CORPORATION
12201 TUKWILA INT'L BLVD
SEATTLE, WA 98168

```
SABEY, JOHN
12201 TUKWILA INT'L BLVD
SEATTLE, WA 98168


SANDIFUR, C. PAUL, JR.
3224 E. 18TH AVENUE
SPOKANE, WA 99223


SANTSCHI, MARGARET CORLISS
8818 W. ROSEMONTE DR
PEORIA, AZ 85382


SCHICK, GLORIA
4764 SWENSON RD
PO BOX 2240
DEER PARK, WA 99006


SCHMIDT, LEON
2721 N. VANMARTER #4
SPOKANE, WA 99206


SDAD, LLC
DOUGLAS BRAJCICH
601 W. MAIN #812
SPOKANE, WA 99201


SEAPORT V LLC
360 MADISON AVE., 22ND FLOOR
NEW YORK, NY 10017


SELLAND, KARIN L.
2719 W. STRONG ROAD
SPOKANE, WA 99208


SHOFF, KEITH & CHERYL
1224 E. FIRESIDE LANE
SPOKANE, WA 99208


SIMMONS, JAMES
5413 S. QUAIL RIDGE CIR
SPOKANE, WA 99223


SNOW MOUNTAIN CONSTRUCTION
STAN BARKER
581 LANCASTER DR. SE #74
SALEM, OR 97317
```

SNYDER, MARYANNE K.
15207 NE 68TH STREET
REDMOND, WA 98052


SNYDER, MARYANNE K. & GREGORY C. LOWNEY
15207 NE 68TH STREET
REDMOND, WA 98052


SPOKANE COUNTY PROPERTY TAX
PO BOX 199
SPOKANE, WA 99210


SPOKANE FOOD SERVICES
MARK J. RAY, SR.
3123 E. BRIDGEPORT
SPOKANE, WA 99217


STEPHANIE BAUMKER
23916 E. FIRST AVENUE
LIBERTY LAKE, WA 99019


STEVENS, LEON
14221 E. BURNETT ROAD
SPOKANE, WA 99217


STOCKTON, JOHN H. & NADA M.
538 W. SUMNER AVENUE
SPOKANE, WA 99204


STONE, JOHN


STONE, SUZANNE
107 E. SUMNER #C
SPOKANE, WA 99202


STREAKS N BEATS, INC.
2303 MARCON STREET
BRGY SAN ISIDORA, MAKATI CITY, PHILIPPINES


SUMMIT SECURITIES, INC.
MAGGIE LYONS
3731 N. RAMSEY ROAD, STE 110B
COEUR D'ALENE, ID 83815

SUSAN L. TOPLIFF TR FBO
JAMES F TOPLIFF
JAMES F TOPLIFF
818 W. RIVERSIDE AVE., STE 250
SPOKANE, WA 99201

TABLEMAX GAMING, INC.
8275 S. EASTERN AVE., SUITE 20
LAS VEGAS, NV 89123

THIRD STREET CONSORTIUM, LLC
5207 E. THIRD AVENUE
SPOKANE VALLEY, WA 99212

TYLER KUHN
4107 E. 25TH AVENUE
SPOKANE, WA 99223

U.S. PLAYING CARD COMPANY
300 GAP WAY
ERLANGER, KY 41018

URQUHART, DONALD D.
5031 SW 18TH PL
PORTLAND, OR 97239

URQUHART, GLEN A.
25665 MARINE VIEW DR., S
DES MOINES, WA 98198

URQUHART, JAMES S.
37927 SE 82ND PLACE
SNOQUALMIE, WA 98065

URQUHART, LINDA
23020 NE 139TH CT
REDMOND, WA 98053

WANG, JAMES
2038 FULTON AVE
MONTEREY PARK, CA 91755

WASHINGTON DEPARTMENT OF LABOR
PO BOX 24688
SEATTLE, WA 98124

WASHINGTON DEPARTMENT OF REVENUE
PO BOX 47464
OLYMPIA, WA 98504


WESTERN ELECTRONICS, LLC
1550 S. TECH LANE
MERIDIAN, ID 83642


WESTERN UNITED LIFE ASSURANCE CO
TERESA FRICKE
929 W. SPRAGUE AVE
SPOKANE, WA 99201


WEYRAUCH, BRUCE
2721 N. VANMARTER #4
SPOKANE, WA 99206


XO COMMUNICATIONS, LLC
8851 SANDY PARKWAY
SANDY, UT 84070


YONGO, JOANNA R.
3732 S SKYVIEW DR.
SPOKANE, WA 99203