**Fill in this information to identify the case:**

Debtor name    Digideal Corporation

United States Bankruptcy Court for the:    Eastern District Of Washington

Case number (If known):    _____

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Third Street Consortium, LLC 5207 E. Third Avenue Spokane Valley, WA99212 | | | | | | $1,691,705.62 |
| 2 | G.L.I., LLC Lock Box 3151 PO Box 85000 Philadelphia, PA19178 | | | | | | $256,561.81 |
| 3 | See Attachment 1 400 S. Fourth Street, 3rd Floor Las Vegas, NV89101 | | | | | | $129,235.94 |
| 4 | Western Electronics, LLC 1550 S. Tech Lane Meridian, ID83642 | | | | | | $123,503.64 |
| 5 | Eowen Rosentrater Law Office 108 N. Washington St., Suite 302 Spokane, WA99201 | | | | | | $63,106.21 |
| 6 | BetWiser Games, LLC 7500 Salvadora Pl Las Vegas, NV89113 | | | | | | $48,315.63 |
| 7 | Chandler IP 618 N. Fourth Street Coeur d'Alene, ID83814 | | | | | | $13,580.00 |
| 8 | Moss Adams, LLP 601 W. Riverside Ave., Suite 1800 Spokane, WA99201 | | | | | | $11,755.00 |

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | U.S. Playing Card Company 300 Gap Way Erlanger, Ky41018 | | | | | | $11,600.00 |
| 10 | TableMAX Gaming, Inc. 8275 S. Eastern Ave., Suite 20 Las Vegas, NV89123 | | | | | | $8,737.00 |
| 11 | Streaks N Beats, Inc. 2303 Marcon Street See Attachment 2 | | | | | | $8,603.00 |
| 12 | American Express PO Box 0001 Los Angeles, CA90096 | | | | | | $7,715.52 |
| 13 | HMS Panama Corporation Calle 71 San Francisco See Attachment 3 Panama City, Panama8C41K JGVJ0 | | | | | | $7,382.61 |
| 14 | Digital View, Inc. 18440 Technology Dr., Bldg 120 Morgan Hill, CA95037 | | | | | | $7,200.00 |
| 15 | International Game Technology 9295 Prototype Drive Reno , NV89521 | | | | | | $7,160.00 |
| 16 | On Time Express Limited See Attachment 4 9 Kai Cheung Road Kowloon Bay, KLN, Hong Kong | | | | | | $7,074.20 |
| 17 | Etter, McMahon, et. al. 618 W. Riverside Ave., Ste 210 Spokane, WA99201 | | | | | | $6,484.52 |
| 18 | Spokane County Property Tax PO Box 199 Spokane, WA99210 | | | | | | $5,300.00 |
| 19 | Dell Business Credit PO Box 5275 Carol Stream, IL60197 | | | | | | $4,727.30 |
| 20 | Casino Services Publishing, LLC 112 N. University Dr #300 Fargo, ND58102 | | | | | | $4,700.00 |

Attachment 1

     Holley, Driggs, Walch, Puzey & Thompson

Addendum 2

    j.   Brgy San Isidora, Makati City, Philippines

Addendum 3

    i.   PH Morica, Piso 8
       Officina 4

Addendum 4

    h.   Flat 18, 1st Floor, Sino International Plaza

DATED: 2/21/17

/s/ Michael J. Kuhn
_____
MICHAEL J. KUHN, President, Secretary & Director