B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## EASTERN DISTRICT OF WASHINGTON

**In re**

**Digideal Corporation**

Case No. 17- 00449

**Debtor**

Chapter **11**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ *_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ *_____

2. The source of the compensation paid to me was:

   [X] Debtor       [ ] Other (specify)

   $8,564.50 received for pre-petition attorney fees, filing fee, & costs. $400.00 per hour for Dan O'Rourke, $350.00 per hour for Kevin O'Rourke, plus costs. $5,652.50 held in Southwell & O'Rourke P.S. trust account.

3. The source of compensation to be paid to me is:

   [X] Debtor       [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Set forth in Bankruptcy Fee Agreement**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

3.8.17
_____
*Date*

_____
*Signature of Attorney*

**Southwell & O'Rourke, P.S.**
_____
*Name of law firm*

---

**Fill in this information to identify the case:**

Debtor name __Digideal Corporation__

United States Bankruptcy Court for the: __Eastern District of Washington__

Case number (If known): __17-00449-FPC11__

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From __10/01/2016__ to __1/31/17__<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other_____ | $ 88,360.00 |
   | **For prior year:** | From __10/01/2015__ to __09/30/2016__<br>MM / DD / YYYY    MM / DD / YYYY | ☒ Operating a business<br>☐ Other_____ | $ 807,173.00 |
   | **For the year before that:** | From __10/01/2014__ to __09/30/2015__<br>MM / DD / YYYY    MM / DD / YYYY | ☒ Operating a business<br>☐ Other_____ | $ 721,571.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From_____to<br>MM / DD / YYYY    Filing date | _____ | $_____ |
   | **For prior year:** | From_____to<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From_____to<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | | | | |
| | Creditor's name | ____ | $_____ | ☐ Secured debt |
| | Street | ____ | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City    State    ZIP Code | ____ | | ☐ Other _____ |
| 3.2. | | | | |
| | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City    State    ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.1. | | | | |
| | Insider's name | ____ | $_____ | _____ |
| | Street | ____ | | _____ |
| | | | | _____ |
| | City    State    ZIP Code | ____ | | |
| | **Relationship to debtor** | | | |
| | | | | |
| 4.2. | | | | |
| | Insider's name | | $_____ | _____ |
| | Street | | | _____ |
| | | | | _____ |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

17-00449-FPC11    Doc 16    Filed 03/08/17    Entered 03/08/17 15:22:34    Pg 4 of 92

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Western Electronics<br>Creditor's name<br>1550 S Tech<br>Street<br><br>Meridian        ID      83642<br>City          State    ZIP Code | Garnishment of cash at Columbia Bank | 12/7/17 | $ 13,052.76 |
| 5.1. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City          State    ZIP Code | _____ | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City          State    ZIP Code | _____<br>_____<br>Last 4 digits of account number: XXXX– __ __ __ __ | _____ | $_____ |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See attached Exhibit "1"<br><br>Case number<br>_____ | _____ | _____<br>Name<br>_____<br>Street<br>_____<br>City      State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Case title<br>_____<br>Case number<br>_____ | | Court or agency's name and address<br>_____<br>Name<br>_____<br>Street<br>_____<br>City      State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

17-00449-FPC11      Doc 16      Filed 03/08/17      Entered 03/08/17 15:22:34      Pg 5 of 92

*Digideal Corporation*
# 7 Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Name | Caption of Suit | Case # | Nature of Proceeding | Court and Location | Status/Disposition | Attorney Representing |
|---|---|---|---|---|---|---|
| DFI | DFI TECHNOLOGIES V. DIGIDEAL CORPORATION | B15-237 | Payment for defective parts | SUPERIOR COURT OF THE STATE OF WASHINGTON SPOKANE COUNTY | Stipulated Order transferring case to mandtory arbitration. Arbitration Pending | Eowen Rosenstrater for Digideal & Benjamin Kelly for DFI |
| Seaport | SEAPORT V LLC. V. DIGIDEAL CORPORATION | 2015-02-04960-4 | BREACH OF CONTRACT | Superior Court of Washington, County of Spokane | Trial Date set 8:00 AM 05/30/2017 | Eowen S. Rosenstrater |
| ShuffleMaster | SHFL Entertainment, Inc v. DigiDeal Corporation | 2:20012cv01782 | Patent Infringment | United States District Court, D. Nevada. | Summary Judgment in Favor of DigiDeal | Holly Driggs Walch Fine Wray Puzey Thompson |
| ShuffleMaster | SHFL Entertainment, Inc v. DigiDeal Corporation | 16-2705 2016-02-00908-0 | Appeal of Summary Judgment in District court | US Court of Appeals for the Federal Circuit | Pending | None |
| Shuffletech | DigiDeal Corporation v. Shuffle Tech International, LLC et al | 14-277 2:14-CV-00277 JLQ | Breach of Contract | United States District Court Eastern District of Washington | Dismissed with Prejudice | Eowen S. Rosenstrater |
| Western | WESTERN ELECTRONICS, LLC V. DIGIDEAL CORPORATION | CVOC1510602 | DEMAND FOR PAYMENT | FOR SPOKANE COUNTY | "Stipulation for Entry of Judgment" $135,000 (partial satisfaction of Judgement $13,082.76 Writ of Garnish) | Eowen Rosenstrater for Digideal & Scott Gingras for Western |

## Governmental Audits - Most recent

| Agency | Date | Period |
|---|---|---|
| WA DOR | 2/8/2012 | 2008-2011 |
| WA L & I | 4/6/2011 | 2010 |
| WA SUI | 5/12/2015 | 2013-2014 |

EXHIBIT 1

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $ _____ |
| Custodian's name | | |
| _____ | Case title | Court name and address |
| Street | | |
| _____ | _____ | Name |
| City        State    ZIP Code | Case number | Street |
| | _____ | _____ |
| | Date of order or assignment | City        State    ZIP Code |
| | _____ | |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | | $ _____ |
| Street | | | |
| City        State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | | | $ _____ |
| Street | | | |
| City        State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $ _____ |

| Debtor | Digideal Corporation | Case number (if known) 17-0044 9-FPC11 |
|---|---|---|
| | Name | |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Southwell & O'Rourke, P.S. | See 2016 Disclosure | _____ | $ _____ |
| | **Address** | | | |
| | 421 W. Riverside Avenue, Suite 960 | | | |
| | Street | | | |
| | Spokane    WA    99201 | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $ _____ |
| | **Address** | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ _____ |
| | **Trustee** | | | |

17-00449-FPC11     Doc 16     Filed 03/08/17     Entered 03/08/17 15:22:34     Pg 8 of 92

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | David A. Krise | Mac Computer against deferred salary owed | 2/1/16 | $750.00 |
| | **Address** | | | |
| | 6740 W Salishan Way | | | |
| | Street | | | |
| | Spirit Lake      ID      83869 | | | |
| | City      State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Former employee | | | |
| | **Who received transfer?** | | | $ |
| 13.2. | | | | |
| | **Address** | | | |
| | Street | | | |
| | City      State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 5123 E. Third Avenue | From 01/01/2009 To 04/30/2013 |
| | Street | |
| | Spokane Valley      WA | |
| | City      State      ZIP Code | |
| 14.2. | | From _____ To _____ |
| | Street | |
| | City      State      ZIP Code | |

## Part 8:    Healthcare Bankruptcies

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (If different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:* |
| _____<br>City          State          ZIP Code | _____ | ☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:* |
| _____<br>City          State          ZIP Code | _____ | ☐ Electronically<br>☐ Paper |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☒ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Digideal Corporation 401K Plan | EIN:  8  8 – 0  3  9  2  9  2  2 |

Has the plan been terminated?

☐ No

☒ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Columbia Bank<br>_____<br>Name<br>_____<br>Street<br>_____<br>City  State  ZIP Code | XXXX– 2  2  8  8 | ☐ Checking<br>☒ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 1/31/17 | $ 1.00 |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City  State  ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City  State  ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| WOLMAD<br>Name<br>3623 E. Sprague<br>Street<br>Spokane    WA<br>City  State  ZIP Code | WOLMAD<br>_____<br>_____<br>**Address**<br>2711 E. Sprague, Spokane, WA<br>99202 | Electronic poker tables and misc.<br>_____<br>_____ | ☐ No<br>☒ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ |
| Name | | | |
| Street | | | |
| City   State   ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City   State   ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Digideal Mexico S De RL de CV<br>Name<br>Administrategia<br>Street<br>Durango #263 Piso4, Col Roma<br>Mexico City    CP    06700<br>City    State    ZIP Code | Digideal Corporation 99% shareholder, Mike Kuhn 1% | EIN: 9 8 – 0 6 8 8 9 7 8<br>Dates business existed<br>From 8/2010    To Current |
| 25.2. | Business name and address<br>Name<br>Street<br>City    State    ZIP Code | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____    To _____ |
| 25.3. | Business name and address<br>Name<br>Street<br>City    State    ZIP Code | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____    To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Janice Pancoast, Controller Digideal <br> Name <br><br> 5207 E. Third Avenue <br> Street <br><br> Spokane      WA      99212 <br> City     State     ZIP Code | From 03/05/2005 To _____ |
| 26a.2. <br> Name <br><br> Street <br><br> City     State     ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| 26b.1. <br> Name <br><br> Street <br><br> City     State     ZIP Code | From _____ To _____ |
| 26b.2. <br> Name <br><br> Street <br><br> City     State     ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br> Name <br><br> Street <br><br> City     State     ZIP Code | |

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name | |
| | Street | |
| | City                State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

|  | Name and address |
|---|---|
| 26d.2. | See attached Exhibit 2 |
| | Name |
| | Street |
| | City                State        ZIP Code |

|  | Name and address |
|---|---|
| 26d.2. | Name |
| | Street |
| | City                State        ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| BDO USA, LLP, 601 W. Riverside Ave #900, Spokane, WA 99201 | 10/12/2015 | $ 948,346.00 FIFO |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | Stephen Pinckney, CPA |
| | Name |
| | Street |
| | City                State        ZIP Code |

# DIGIDEAL CORPORATION-

Arkansas Dept of Finance & Adm
7th & Wolfe Streets
Ledbetter Bldg
Little Rock, AR 72203-1272

Arkansas Secretary of State
Business and Commercial
Services Division
P.O. Box 8014
Little Rock, AR 72203-8014

CA Bureau of Gambling Control
PO BOX 168024
Sacramento, CA 95816

California-Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0551

CA Gambling Control Commission
2399 Gateway Oaks Dr.
Suite 100
Sacramento, CA 95883

California Secretary of State
Sacramento Office
Business Entities Section
1500 11th St, 3rd Floor
Sacramento, CA 95814

Coeur D'Alene Tribe
850 A Street
PO BOX 408
Plummer, ID 83851

CHEROKEE TRIBAL GAMING
777 Casino Dr.
Cherokee, NC 28719

Canada Revenue Agency
Tax Centre
PO Box 14002 STN Main
Winnipeg, MB R3C 3PB
CA

COLORADO SECRETARY OF STATE
1700 Broadway Ste 200
Denver, CO 80290

Florida Department of Revenue
5050 W TENNESSEE ST
Tallahassee, FL 32399-0120

Idaho State Tax Commission
PO Box 76
Boise, ID 83707

Indiana Department of Revenue
General Inquiries
100 N. Senate Ave.
Indianapolis, IN 46204

Indiana Secretary of State
Secretary of State
Corporations Division
302 W. Washington ST., Rm E018
Indianapolis, IN 46204

Indiana Gaming Commission
East Tower, Suite 1600
101 W. Washington Street
Indianapolis, IN 46204-3408

Madison County Treasurer
16 East 9th Street
Ste. 109
Anderson, IN 46016-1538

Minnesota Racing Comm
15201 Zurich St. NE, Ste 212
Columbus, MN 55025-7908

MN Secretary of State
Business Services
Retirement Systems of MN Bldg
60 Empire Drive, Suite 100
Saint Paul, MN 55103

North Carolina Dept of Revenue
P.O Box 25000
Raleigh, NC 27640-0530

North Carolina SOS
Dept. of Secretary of State
Corporations Division
2 South Salisbury Street
Raleigh, NC 27601-2903

NEVADA SEC. OF STATE
202 N. Carson St.
Las Vegas, NV 89101

Nevada Dep. of Taxation
1550 College Parkway
Suite 115
Carson City, NV 89706-7937

New Mexico Public Regulation C
1120 Paseo de Peralta
PO Box 1269
Santa Fe, NM 87504-1269

New Mexico Sec. of State
New Mexico Capitol Annex North
325 Don Gaspar, Suite 300
Sante Fe, NM 87501

New Mexico Taxation and
Revenue Department
P.O. Box 25127
Santa Fe, NM 87504-5127

NJ Casino Control Fund
Division of Gaming Enforcement
Tennessee Avenue and Boardwalk
Arcade Building
Atlantic City, NJ 08401

NJ Division of Taxation
P.O. Box 999
Trenton, NJ 08646-0999

NJ Secretary of State
225 W State Street
PO BOX 300
Trenton, NJ 08625

Nev State Gaming Control Board
6980 Sierra Center Parkway
Suite 120
Reno, NV 89511

SPOKANE COUNTY TREASURER
PO Box 199
Spokane, WA 99210-0199

Shelby County Treasurer
25 W. POLK ST
ROOM 102
Shelbyville, IN 46176

UPPER SKAGIT TRIBAL GAMING
25952 Community Plaza Way
Sedro Woolley, WA 98284

Soboba Tribal GamingCommission
Attn: Backgrounds Dept./
ADA Grino
23333 Soboba Rd.
San Jacinto, CA 92581

EXHIBIT 2.



DIGIDEAL CORPORATION-

Florida Department of State
New Filing Section
Division of Corporation
P.O. Box 6327
Tallahassee, FL 32314

New Mexico Gaming Control Boar
4900 Alameda Blvd., NE
Albuquerque, NM 87113-1736

WA State Dept. of Licensing
PO Box 9048
Olympia, WA 98507-9048

WA State Dept of Revenue
P.O. Box 34054
Seattle, WA 98124-1054

WA State Gambling Commission
P.O. Box 42400
Olympia, WA 98504-2400

WA State Dept. of Labor
P.O Box 24688
Seattle, WA 98124-0688

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.
Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See attached Exhibit 3 | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Michael J. Kuhn<br>Name<br><br>Street<br><br>City        State    ZIP Code<br>Relationship to debtor | $16,368.14 | Salary. See attached Exhibit 4 for detail. | |

**Digideal Corporation**
5207 E Third Ave.,
Spokane Valley, WA 99212

**Officers:**

Michael J Kuhn          President & Secretary
4623 E Glennaire Dr
Spokane, WA 99223

| Directors: | Ownership % | | Ownership % |
|---|---|---|---|
| Michael J Kuhn<br>4623 E Glennaire Dr<br>Spokane, WA 99223 | 14.9% | Robert Stoll<br>13230 S. Bluegrouse Ln.<br>Spokane, WA 99224 | 27.6% |

**EXHIBIT** 3

Check History Report
Sorted By Check Number
Activity From: 2/21/2016 to 2/21/2017

DIGIDEAL CORPORATION (DIG)

Bank Code: 7 Columbia Bank - Checking

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| 016818 | 2/23/2016 | 00-KUHN | MICHAEL KUHN | 2,500.00 | Manual |
| 017172 | 10/18/2016 | 00-KUHN | MICHAEL KUHN | 2,661.37 | Manual |
| 017212 | 11/29/2016 | 00-KUHN | MICHAEL KUHN | 3,002.89 | Manual |
| | | | Bank 7 Total: | 8,164.26 | |

Check History Report
Sorted By Check Number
Activity From: 2/21/2016 to 2/21/2017

DIGIDEAL CORPORATION (DIG)

Bank Code: W Wells Fargo

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| 000003 | 1/31/2017 | 00-KUHN | MICHAEL KUHN | 4,101.94 | Manual |
| 000007 | 1/11/2017 | 00-KUHN | MICHAEL KUHN | 4,101.94 | Manual |
| | | | Bank W Total: | 8,203.88 | |
| | | | Report Total: | 16,368.14 | |

EXHIBIT 4



Name and address of recipient                    _____  _____  _____

Name      _____                        _____
Street    _____                        _____
          _____
City                    State        ZIP Code                     _____

Relationship to debtor                                            _____
          _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|
| Digideal Mexico S De RL de CV | EIN: 8 8 – 0 3 9 2 9 2 2 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|
|  | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _3/2/17_
              MM / DD / YYYY

X _____  PRESIDENT    Printed name  Michael J. Kuhn
  Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

Fill in this information to identify the case:

Debtor name **Digideal Corporation**

United States Bankruptcy Court for the: **Eastern District of Washington**

Case number (if known): **17-00449-FPC11**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**                                                                             $ 738.99

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Columbia Bank Checking ($33) & Payroll ($18) | Checking | ___ ___ ___ ___ | $ 51.00 |
| 3.2. | See Attachment 1 | | ___ ___ ___ ___ | $_____ |

   See Attachment 2: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**                                                                          $ 6,993.07

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $_____
   7.2. _____   $_____

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 1

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Avista | $150.00 |
| 8.2. | Integra | $150.00 |

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$300.00

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | $11,883.67 <br> face amount | – | $0.00 <br> doubtful or uncollectible accounts | = ....... → | $11,883.67 |
| 11b. Over 90 days old: | $0.00 <br> face amount | – | $0.00 <br> doubtful or uncollectible accounts | = ....... → | $0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$11,883.67

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1. | | $ |
| 14.2. | | $ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| | | | |
|---|---|---|---|
| 15.1. Digideal Mexico Corporation | 100 % | See Attachment 3 | $ Unknown |
| 15.2. | % | | $ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1. | | $ |
| 16.2. | | $ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$0.00

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19. Raw materials** | MM / DD / YYYY | $ | | $ |
| **20. Work in progress** | MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| **22. Other inventory or supplies** Inventory | MM / DD / YYYY | $ 522,150.00 | | $ 522,150.00 |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ 522,150.00

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | $ |

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.           $ _____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office Equipment, Furnishings, & Supplies | $ 30,595.00 | | $ 30,595.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.       $ 30,595.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☒ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☒ No

   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 1999 Isuzu | $7,000.00 | | $7,000.00 |
| 47.2 2 Forklifts | $3,200.00 | | $3,200.00 |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Other machinery, fixtures, and equipment | $8,100.00 | | $8,100.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$18,300.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
    ☒ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $ _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Patents, Copyrights, Trademarks, Trade Secrets | $ 3,000,000.00 | | $ 3,000,000.00 |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties**<br>Gaming Licenses | $ Unknown | | $ Unknown |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $ 3,000,000.00

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 6

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

   [X] No
   [ ] Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   [X] No
   [ ] Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   [X] No
   [ ] Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   [ ] No. Go to Part 12.
   [X] Yes. Fill in the information below.

                                                                          **Current value of
                                                                          debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)              $280,000.00  –  _____  = →   $_____
   Digideal Mexico                                    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____        Tax year _____        $_____
   _____        Tax year _____        $_____
   _____        Tax year _____        $_____

73. **Interests in insurance policies or annuities**

   _____                                   $_____

74. **Causes of action against third parties (whether or not a lawsuit
   has been filed)**
   Claim against Shuffletech                                                  $ Unknown
   Nature of claim        _____
   Amount requested      $ Unknown

75. **Other contingent and unliquidated claims or causes of action of
   every nature, including counterclaims of the debtor and rights to
   set off claims**

   _____                                   $_____
   Nature of claim        _____
   Amount requested_      $_____

76. **Trusts, equitable or future interests in property**

   _____                                   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets,
   country club membership
   _____                                   $_____
   _____                                   $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                        $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   [X] No
   [ ] Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $6,993.07 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $300.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $11,883.67 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $522,150.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** Copy line 43, Part 7. | $30,595.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $18,300.00 | |
| 88. **Real property.** Copy line 56, Part 9. .................................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $3,000,000.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $_____ | + 91b. $0.00 |

92.   **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................   $_____

Debtor: Digideal Corporation        Case No: 17-00449-FPC11

Attachment 1

Wells Fargo Checking

$ 550.58

INB
Bankruptcy Estate Account
$5,652.50

Attachment 2: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts

Institution: INB
Account Type: Bankruptcy Estate Account
Value: $5,652.50

Attachment 3

Total assets = $400,000+/Total Debts = $280,000/Generates Approximately $300,000 gross annually.

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.1** Creditor's name
NABAC, LLC

Creditor's mailing address
13230 S. Bluegrouse
Spokane, WA 99224

Creditor's email address, if known

Date debt was incurred
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
  1:NABAC, LLC; 2:Seaport V LLC;
  3:Third Street Consortium, LLC

Describe debtor's property that is subject to a lien
See Attachment 1
_____
X
_____
Describe the lien
2nd asserted lien position
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $ 5,724,115.00
Column B: $ 3,573,467.66

**2.2** Creditor's name
Seaport V LLC

Creditor's mailing address
360 Madison Ave., 22nd Floor
New York, NY 10017

Creditor's email address, if known

Date debt was incurred
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☒ Yes. The relative priority of creditors is specified on lines 2.1

Describe debtor's property that is subject to a lien
See Attachment 2
_____
X
_____
Describe the lien
1st asserted lien position
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $ 4,537,184.05
Column B: $ 3,573,467.66

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 11,953,005.05

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of __2__

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

**Part 1:** ▮ **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

**2.3** Creditor's name

__Third Street Consortium, LLC__

Creditor's mailing address

__5207 E. Third Avenue__
__Spokane Valley, WA 99212__

Creditor's email address, if known

_____

Date debt was incurred_____
Last 4 digits of account
number                _____ _____

Do multiple creditors have an interest in the
same property?
☐ No
☒ Yes. Have you already specified the relative
    priority?
      ☐ No. Specify each creditor, including this
        creditor, and its relative priority.
      _____
      _____
      _____
      ☒ Yes. The relative priority of creditors is
        specified on lines __2.1__

Describe debtor's property that is subject to a lien

See Attachment 3

_____

X
_____

Describe the lien
__3rd asserted lien position__

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,691,706.00     $ 3,573,467.66

---

**2.4** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred_____
Last 4 digits of account
number                _____ _____

Do multiple creditors have an interest in the
same property?
☐ No   ☐ Contingent
☐ Yes. Have you already specified the relative
    priority?
      ☐ No. Specify each creditor, including this
        creditor, and its relative priority.
      _____
      _____
      ☐ Yes. The relative priority of creditors is
        specified on lines _____

Describe debtor's property that is subject to a lien

_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Unliquidated
☐ Disputed

$_____     $_____

Attachment 1

      Petty Cash ($88.99); Foreign Cash ($650), Digideal Mexico; Patents, etc. ($3,000,000); Claim against Shuffletech; Accounts Receivable ($11,883.67), Office equipment, etc. ($30,595), Machinery ($8,100); and Inventory ($522,150) (Disputed/Avoidable)

Attachment 2

      Petty Cash ($88.99); Foreign Cash ($650), Digideal Mexico; Patents, etc. ($3,000,000); Claim against Shuffletech; Accounts Receivable ($11,883.67), Office equipment, etc. ($30,595), Machinery ($8,100); and Inventory ($522,150) (Disputed/Avoidable)

Attachment 3

      Petty Cash ($88.99); Foreign Cash ($650), Digideal Mexico; Patents, etc. ($3,000,000); Claim against Shuffletech; Accounts Receivable ($11,883.67), Office equipment, etc. ($30,595), Machinery ($8,100); and Inventory ($522,150) (Disputed/Avoidable)

Fill in this information to identify the case:

Debtor    Digideal Corporation

United States Bankruptcy Court for the:   Eastern District of Washington

Case number   17-00449-FPC11
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
Amy Wallace

9309 N. Phoebe

Spokane, WA 99208

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (** 4 **)**

As of the petition filing date, the claim is: $ 191.83
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Wages/Salaries/Commissions

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Total claim: $ 191.83    Priority amount: $ 191.83

---

**2.2**   Priority creditor's name and mailing address
California Franchise Tax Board

PO Box 942857

Sacramento, CA 94257

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (** 8 **)**

As of the petition filing date, the claim is: $ 900.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Taxes and Other Government Debts

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Total claim: $ 900.00    Priority amount: $ 900.00

---

**2.3**   Priority creditor's name and mailing address
California Secretary of State

See Attachment 1

Sacramento, CA 95814

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (** 8 **)**

As of the petition filing date, the claim is: $ 250.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Taxes and Other Government Debts

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Total claim: $ 250.00    Priority amount: $ 250.00

| Part 1. | Additional Page |
|---------|-----------------|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.4 Priority creditor's name and mailing address**

$ 1,450.00          $ 1,450.00

Canada Revenue Agency
Tax Centre, PO Box 14002 STN Main
Winnipeg, MB, Canada MB R3C 3PB

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes and Other Government Debts

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.5 Priority creditor's name and mailing address**

$ 1.00+          $ 1.00+

David Krise
6740 W. Salishan Way
Spirit Lake, ID 83869

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages/Salaries/Commissions

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.6 Priority creditor's name and mailing address**

$ 6,534.96          $ 6,534.96

Eric Miesch
524 W. 26th Avenue
Spokane, WA 99203

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages/Salaries/Commissions

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.7 Priority creditor's name and mailing address**

$ 450.00          $ 450.00

Florida Depart of Revenue
5050 W. Tennessee St
Tallahassee, FL 32399

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes and Other Government Debts

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| **Part 1.** | **Additional Page** | | | |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |

**2.8 Priority creditor's name and mailing address**

Idaho State Tax Commission
PO Box 76
Boise, ID 83707

$ 150.00        $ 150.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Taxes and Other Government Debts

**Last 4 digits of account number** _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.9 Priority creditor's name and mailing address**

Indiana Dept of Revenue
100 N. Senate Avenue
Indianapolis, IN 46204

$ 4,040.00        $ 4,040.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Taxes and Other Government Debts

**Last 4 digits of account number** _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.10 Priority creditor's name and mailing address**

Janice Pancoast
6419 E. 18th Avenue
Spokane Valley, WA 99212

$ 13,681.66        $ 13,681.66

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Wages/Salaries/Commissions

**Last 4 digits of account number** _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.11 Priority creditor's name and mailing address**

Kane Kuhn
814 S. Lincoln Pl #4
Spokane, WA 99204

$ 11,283.02        $ 11,283.02

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Wages/Salaries/Commissions

**Last 4 digits of account number** _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Part 1. | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12** Priority creditor's name and mailing address

See 2 in Addendum
_____

_____

Date or dates debt was incurred
_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____   $_____

**2.13** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred
_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____   $_____

**2.14** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred
_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____   $_____

**2.15** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred
_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____   $_____

| Part 1. | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.16** Priority creditor's name and mailing address

Total claim: $ 1.00+    Priority amount: $ 1.00+

Robert Stoll
13230 S. Bluegrouse Ln
Spokane, WA 99224

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.17** Priority creditor's name and mailing address

Total claim: $ 1,158.58    Priority amount: $ 1,158.58

Stephanie Baumker
23916 E. First Avenue
Liberty Lake, WA 99019

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Salaries/Commissions

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.18** Priority creditor's name and mailing address

Total claim: $ 18,908.62    Priority amount: $ 18,908.62

Tyler Kuhn
4107 E. 25th Avenue
Spokane, WA 99223

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages/Salaries/Commissions

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.19** Priority creditor's name and mailing address

Total claim: $ 450.00    Priority amount: $ 450.00

Washington Department of Labor
PO Box 24688
Seattle, WA 98124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Taxes and Other Government Debts

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.20** Priority creditor's name and mailing address

$ 0.00   $ 0.00

Washington Department of Revenue
PO Box 47464
Olympia, WA 98504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: Taxes and Other Government Debts

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.21** Priority creditor's name and mailing address

$_____   $_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.22** Priority creditor's name and mailing address

$_____   $_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.23** Priority creditor's name and mailing address

$_____   $_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                             Amount of claim

---

**3.1**

**Nonpriority creditor's name and mailing address**
1987 Norman L. Kaufman Family Trust

Mrs. Essie Kaufman PO Box 480097

Delray Beach, FL 33448

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Shareholder__

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ Unknown

---

**3.2**

**Nonpriority creditor's name and mailing address**
American Express

PO Box 0001

Los Angeles, CA 90096

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 7,715.52

---

**3.3**

**Nonpriority creditor's name and mailing address**
Applied Management Strategies

61 Quail Run Road

Henderson, NV 89014

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 2,000.00

---

**3.4**

**Nonpriority creditor's name and mailing address**
Associated Industries

1206 N. Lincoln Suite 200

Spokane, WA 99201

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 638.00

---

**3.5**

**Nonpriority creditor's name and mailing address**
Bachman Heating & Air, LLC

6525 N. Victor Street

Spokane, WA 99202

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 171.20

---

**3.6**

**Nonpriority creditor's name and mailing address**
BetWiser Games, LLC

7500 Salvadora Pl

Las Vegas, NV 89113

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 48,315.63

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Bojorquez, Dehlinda

PO Box 2326
Helendale, CA 92342

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.8** Nonpriority creditor's name and mailing address

Brajcich, Douglas

601 W. Main Ave., Ste 812
Spokane, WA 99212

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.9** Nonpriority creditor's name and mailing address

Brawner, Randy & Holly

5012 S. St. Andrews Lane
Spokane, WA 99223

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.10** Nonpriority creditor's name and mailing address

Brooke (Erin) Lewin

2252 Martinique Ave
Henderson, NV 89044

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.11** Nonpriority creditor's name and mailing address

Brutocao Vineyards, Inc.

Brutocao, David PO Box 780
Hopland, CA 95449

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.12** Nonpriority creditor's name and mailing address

Bugge, Anne

PO Box 1666 17110 163rd Ave., NE
Woodinville, WA 98072

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

$ Unknown

---

**3.13** Nonpriority creditor's name and mailing address

C. Mark Casey, IRA

115 N. Washington, Suite 300
Spokane, WA 99201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

$ Unknown

---

**3.14** Nonpriority creditor's name and mailing address

Caba, Kathryn A.

19341 SW Brookside Way
Bend, OR 97702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

$ Unknown

---

**3.15** Nonpriority creditor's name and mailing address

Carter, Robert & Sandra

628 W. 22nd Avenue
Spokane, WA 99203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

$ Unknown

---

**3.16** Nonpriority creditor's name and mailing address

Casino Services Publishing, LLC

3357 39th St., S. Ste 1
Fargo, ND 58104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

$ 4,700.00

| Debtor | Digideal Corporation | Case number (if known) 17-00449-FPC11 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.17** Nonpriority creditor's name and mailing address

Cater, Ronald & Linda

628 W. 22nd Avenue
Spokane, WA 99203

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Shareholder

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ Unknown

---

**3.18** Nonpriority creditor's name and mailing address

Chandler IP

618 N. Fourth Street
Coeur d'Alene, ID 83814

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 13,580.00

---

**3.19** Nonpriority creditor's name and mailing address

Christmann Investments, Ltd

c/o Alice Garland 13801 N. Riverbluff Ln
Spokane, WA 99208

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Shareholder

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ Unknown

---

**3.20** Nonpriority creditor's name and mailing address

Colvin, Cory S.

PO Box 2682
Spokane, WA 99220

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Shareholder

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ Unknown

---

**3.21** Nonpriority creditor's name and mailing address

Corliss, Mary Jane

2506 S. Blue Fern Lane
Spokane, WA 99223

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Shareholder

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ Unknown

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.22** Nonpriority creditor's name and mailing address

Dattum, Alice Garland

13801 N. Riverbluff Lane

Spokane, WA 99208

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

Date or dates debt was incurred

Last 4 digits of account number

**3.23** Nonpriority creditor's name and mailing address

Davies, Gary W.

10605 E. Holman Road

Spokane, WA 99206

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

Date or dates debt was incurred

Last 4 digits of account number

**3.24** Nonpriority creditor's name and mailing address

Dell Business Credit

PO Box 5275

Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 4,727.30

Date or dates debt was incurred

Last 4 digits of account number

**3.25** Nonpriority creditor's name and mailing address

Dernbach, Alan S.

1603 W. Pinehill Road

Spokane, WA 99218

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

Date or dates debt was incurred

Last 4 digits of account number

**3.26** Nonpriority creditor's name and mailing address

DFI Technologies

1065 National Dr, Suite 1

Sacramento, CA 95834

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

Date or dates debt was incurred

Last 4 digits of account number

## Part 2:   Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.27** Nonpriority creditor's name and mailing address

DHL Express USA Inc.

22128 Network Place
Chicago, IL 60673

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 262.42

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.28** Nonpriority creditor's name and mailing address

Digideal Corp ESOP

5207 E. Third Avenue
Spokane, WA 99212

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Shareholder

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.29** Nonpriority creditor's name and mailing address

Digital View, Inc.

18440 Technology Dr., Bldg 120
Morgan Hill, CA 95037

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 7,200.00

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.30** Nonpriority creditor's name and mailing address

DiRocco Consulting, LLC

384 Sturges Ridge Road
Wilton, CT 06897

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Shareholder

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.31** Nonpriority creditor's name and mailing address

Dokken, Russell

15751 Hartman Ave
Omaha, NE 68116

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Shareholder

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.32** Nonpriority creditor's name and mailing address

Duncan, Chris D

4916 S. Gillis Court
Spokane Valley, WA 99206

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.33** Nonpriority creditor's name and mailing address

Enkema, Jeffrey

PO Box 4123
Bellevue, WA 98009

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.34** Nonpriority creditor's name and mailing address

Eowen Rosentrater Law Office

108 N. Washington St., Suite 302
Spokane, WA 99201

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 63,106.21

---

**3.35** Nonpriority creditor's name and mailing address

Erickson, Victoria

305 Carysfort Road
Key Largo, FL 33037

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.36** Nonpriority creditor's name and mailing address

Esmaili, Zarik

348 Hauser Blvd #201
Los Angeles, CA 90036

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.37** Nonpriority creditor's name and mailing address

Etter, McMahon, et. al.

618 W. Riverside Ave., Ste 210

Spokane, WA 99201

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 6,484.52

---

**3.38** Nonpriority creditor's name and mailing address

FAB Ventures, LLC

Fred Brown 6010 E. Greenbluff Road

Colbert, WA 99005

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Shareholder

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.39** Nonpriority creditor's name and mailing address

Federal Express

PO Box 94515

Palatine, IL 60094

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 262.42

---

**3.40** Nonpriority creditor's name and mailing address

Fill, Dennis

PO Box 2818

Kirkland, WA 98083

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Shareholder

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.41** Nonpriority creditor's name and mailing address

First National Bank of Omaha

PO Box 2818

Omaha, NE 68103

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 4,380.48

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.42** Nonpriority creditor's name and mailing address

Fitterer, J.D.

4114 S. Napa
Spokane, WA 99203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Shareholder

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.43** Nonpriority creditor's name and mailing address

Floyd, Nicole A.

8226 E. Mountain High Lane
Spokane, WA 99223

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.44** Nonpriority creditor's name and mailing address

Franco, Steven J.

704 Commons Ford Road
Austin, TX 78733

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.45** Nonpriority creditor's name and mailing address

Franzel, Ellen Brown & Bent

2 Springer Court
Bethesda, MD 20817

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.46** Nonpriority creditor's name and mailing address

Friedlander, Richard

7101 N. Walnut Court
Spokane, WA 99208

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.47** Nonpriority creditor's name and mailing address

G.L.I., LLC

Lock Box 3151 PO Box 85000

Philadelphia, PA 19178

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 256,561.81

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

Galland, Philip T.

2012 E. 54th Avenue

Spokane, WA 99223

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: Shareholder

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

Garland, Alice

13801 N. Riverbluff Lane

Spokane, WA 99208

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: Shareholder

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

Girardi Thomas

1126 Wilshire Blvd

Los Angeles, CA 90017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: Shareholder

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

Gondrand Traffic BV

Madridstraat 8-10 1175 RK

Lijnden, Netherlands

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 935.55

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ _____ |

See 3 in Addendum
_____
_____

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ _____ |

_____
_____
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ _____ |

_____
_____
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ _____ |

_____
_____
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ _____ |

_____
_____
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

See 4 in Addendum

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.62** | Nonpriority creditor's name and mailing address

See 5 in Addendum

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.63** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.64** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.65** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.66** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67**  Nonpriority creditor's name and mailing address

See 6 in Addendum

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.68**  Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.69**  Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.70**  Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.71**  Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.72**   Nonpriority creditor's name and mailing address

Kelegian Enterprises

8 Via Coralle
Newport Coast, CA 92657

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Shareholder

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.73**   Nonpriority creditor's name and mailing address

Kelln, Norman G and Susan

269 Eagle Dr
Chewelah, WA 99109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Shareholder

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.74**   Nonpriority creditor's name and mailing address

King, Gary

2515 S. Lacey Court
Spokane, WA 99223

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Shareholder

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.75**   Nonpriority creditor's name and mailing address

Koelling, David C.

2750 S. Durango Dr., #1025
Las Vegas, NV 89117

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Shareholder

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.76**   Nonpriority creditor's name and mailing address

Koyah Ventures, LLC

601 W. Main, Suite 900
Spokane, WA 99201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Shareholder

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.77** Nonpriority creditor's name and mailing address

Krise, David A

6740 W. Salishan Way
Spirit Lake, ID 83869

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ Unknown

---

**3.78** Nonpriority creditor's name and mailing address

Kuhn, Kane

814 S. Lincoln Place #4
Spokane, WA 99204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ Unknown

---

**3.79** Nonpriority creditor's name and mailing address

Kuhn, Lee

7018 N. 138th Avenue
Omaha, NE 68142

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ Unknown

---

**3.80** Nonpriority creditor's name and mailing address

Kuhn, Michael

4623 E. Glennaire
Spokane, WA 99223

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ Unknown

---

**3.81** Nonpriority creditor's name and mailing address

Lack, Walter

10100 Santa Monica Blvd 12th Floor
Los Angeles, CA 90067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ Unknown

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.82** Nonpriority creditor's name and mailing address

Lackie, Hugh T.

701 E. Inverness Lane

Spokane, WA 99223

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

$ Unknown

---

**3.83** Nonpriority creditor's name and mailing address

Lakes Entertainment

130 Chesire Lane #101

Hopkins , MN 55305

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

$ 1,870.00

---

**3.84** Nonpriority creditor's name and mailing address

Lease, Teresa M.

3639 S. Healther Pl

Bellingham, WA 98226

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

$ Unknown

---

**3.85** Nonpriority creditor's name and mailing address

Lenartz, David & Deborah

14608 E. Olympic Avenue

Spokane, WA 99216

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

$ Unknown

---

**3.86** Nonpriority creditor's name and mailing address

Luger, John J.

405 Shoreland Dr., SE

Bellevue, WA 98004

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

$ Unknown

---

## Part 2:    Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.87** Nonpriority creditor's name and mailing address

Magers, Forrest & Wendy

PO Box 433

Nordman, ID 83848

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Shareholder

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.88** Nonpriority creditor's name and mailing address

Mail Finance INC

478 Wheelers Farms Rd

Milford, CT 06461

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 462.24

---

**3.89** Nonpriority creditor's name and mailing address

Maley, Gerald

3545 Woodbury Park Dr.

Fargo , ND 58103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shareholder

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.90** Nonpriority creditor's name and mailing address

Mantei, Laura L.

22472 NE 102nd Place

Redmond, WA 98053

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shareholder

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.91** Nonpriority creditor's name and mailing address

Mark Ray, Sr., LLC

17917 Little Spokane Dr.

Colbert, WA 99005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shareholder

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

## Part 2:  Additional Page

| | Amount of claim |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.92** Nonpriority creditor's name and mailing address

Martha Brutocao 1987 Irrevocable Trust

Mrs. Leonard Brutocao 1370 Hwy 175

Hopland, CA 95449

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ Unknown

---

**3.93** Nonpriority creditor's name and mailing address

Martin, Larry

9015 N. Rossmoor Court

Spokane, WA 99208

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ Unknown

---

**3.94** Nonpriority creditor's name and mailing address

Martin, Roger & Gloria

2509 Green Meadow Circle

Wichita, KS 67205

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ Unknown

---

**3.95** Nonpriority creditor's name and mailing address

Matthew Peppin

3817 Loxton Loop

Coeur d'Alene , ID 83815

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 4,000.00

---

**3.96** Nonpriority creditor's name and mailing address

Mauricio Wagner

Alcanfores 456 Depto 302

Milaflores, Lima Peru 15046

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ 955.65

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.97** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| Maxwell, Gary R. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| 5433 S. Quail Ridge Cir | ☐ Liquidated and neither contingent nor disputed |
| Spokane, WA 99223 | |
| | Basis for the claim: Shareholder |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number ___ ___ ___ ___ | ☒ No  ☐ Yes |

$ Unknown

| | |
|---|---|
| **3.98** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| McGonigle, Dee | ☐ Contingent |
| | ☐ Unliquidated |
| 1424 E. Woodcliff Road | ☐ Disputed |
| Spokane, WA 99203 | |
| | Basis for the claim: Shareholder |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number ___ ___ ___ ___ | ☒ No  ☐ Yes |

$ Unknown

| | |
|---|---|
| **3.99** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| McKee, Lowell S. | ☐ Contingent |
| | ☐ Unliquidated |
| 1625 E. Half Moon Lake Ln | ☐ Disputed |
| Colbert, WA 99005 | |
| | Basis for the claim: Shareholder |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number ___ ___ ___ ___ | ☒ No  ☐ Yes |

$ Unknown

| | |
|---|---|
| **3.100** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| McMillan, John A | ☐ Contingent |
| | ☐ Unliquidated |
| 500 Pine Street | ☐ Disputed |
| Seattle, WA 98101 | |
| | Basis for the claim: Shareholder |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number ___ ___ ___ ___ | ☒ No  ☐ Yes |

$ Unknown

| | |
|---|---|
| **3.101** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| Michael Curcio IRA | ☐ Contingent |
| | ☐ Unliquidated |
| Michael 20 E. Cedar St., Apt 4A | ☐ Disputed |
| Chicago, Il 60611 | |
| | Basis for the claim: Shareholder |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number ___ ___ ___ ___ | ☒ No  ☐ Yes |

$ Unknown

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.102** Nonpriority creditor's name and mailing address

Mikalson, Janine A.

63171 Desert Sage St

Bend, OR 97701

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Shareholder

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.103** Nonpriority creditor's name and mailing address

Miller, Don & Michelle

6314 E. Saddleback St

Mesa, AZ 85215

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Shareholder

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.104** Nonpriority creditor's name and mailing address

Milsow, Larry & Linda

404 W. Sumner Ave

Spokane, WA 99204

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Shareholder

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.105** Nonpriority creditor's name and mailing address

Mohr, Charles & Carol

5101 E. 56th Court

Spokane, WA 99223

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Shareholder

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.106** Nonpriority creditor's name and mailing address

Moloney, John P. Jr.

818 W. Riverside Ave., Ste 800

Spokane, WA 99201

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Shareholder

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.107** Nonpriority creditor's name and mailing address

Morgan, Patricia

921 W. Broadway, Suite 301

Spokane, WA 99201

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.108** Nonpriority creditor's name and mailing address

Morris, Anne Corliss

5709 S. Napa Street

Spokane, WA 99223

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.109** Nonpriority creditor's name and mailing address

Moss Adams, LLP

601 W. Riverside Ave., Suite 1800

Spokane, WA 99201

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 11,755.00

---

**3.110** Nonpriority creditor's name and mailing address

Mostashari, Moe

520 N. Beverly Drive

Beverly Hills, CA 90210

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.111** Nonpriority creditor's name and mailing address

Murphy, Michael

5420 Quail Ridge Circle

Spokane, WA 99223

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.112** Nonpriority creditor's name and mailing address

NABAC, LLC

13230 S. Bluegrouse Lane
Spokane, WA 99224

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

$ Unknown

---

**3.113** Nonpriority creditor's name and mailing address

Natomas Partners, LP

R Stockton Rush III 1324 Lexington Way E
Seattle, WA 98112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

$ Unknown

---

**3.114** Nonpriority creditor's name and mailing address

New Mexico Taxation

PO Box 25127
Santa Fe, NM 87504

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

$ 585.00

---

**3.115** Nonpriority creditor's name and mailing address

Nikoloff, Johnna

6615 S. Highland Park Dr.
Spokane, WA 99223

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

$ Unknown

---

**3.116** Nonpriority creditor's name and mailing address

Northlight Financial, LLC

60 E. 42nd Street, Suite 2800
New York, NY 10165

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

$ Unknown

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.117** Nonpriority creditor's name and mailing address

Old Dominion Freight Line, Inc.

PO Box 742296

Los Angeles, CA 90074

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,184.46

---

**3.118** Nonpriority creditor's name and mailing address

On Time Express Limited

Flat 18, 1st Floor, Sino International Plaza 9 Kai Cheung Road

Kowloon Bay, KLN, Hong Kong

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,074.20

---

**3.119** Nonpriority creditor's name and mailing address

Ossello, Guy

75 Burning Tree Lane

Butte, MT 59701

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.120** Nonpriority creditor's name and mailing address

Ossello, Jack

12131 N. Riverwood Dr.

Spokane, WA 99218

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.121** Nonpriority creditor's name and mailing address

Ossello, Jack & Kathy

12131 N. Riverwood Dr.

Spokane, WA 99218

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.122 Nonpriority creditor's name and mailing address**

Ossello, Joseph

12131 N. Riverwood Dr.
Spokane, Wa 99218

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $ Unknown

---

**3.123 Nonpriority creditor's name and mailing address**

Ossello, Maria

12131 N. Riverwood Dr.
Spokane, WA 99218

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $ Unknown

---

**3.124 Nonpriority creditor's name and mailing address**

Ossello, Mark

5906 E. 25th Lane
Spokane , WA 99223

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $ Unknown

---

**3.125 Nonpriority creditor's name and mailing address**

Pacific Flyway Builders, Inc.

Brad Louden 11110 S. Degray
Spokane, WA 99224

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $ Unknown

---

**3.126 Nonpriority creditor's name and mailing address**

Patrick, Joseph

4817 W. Northwest Blvd
Spokane, Wa 99205

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $ Unknown

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127**   Nonpriority creditor's name and mailing address

Paul E. Russell, IRA

14615 W. Pine Bluff Road
Nine Mile Falls, WA 99026

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Shareholder

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.128**   Nonpriority creditor's name and mailing address

Peterson, Albert & Sharon

137 Heimat Road
Hardin, MT 59034

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Shareholder

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.129**   Nonpriority creditor's name and mailing address

Phillips, Thomas W. & Peggy V.

8061 Lakemont Dr., NE
Seattle, WA 98115

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Shareholder

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.130**   Nonpriority creditor's name and mailing address

Poole, Laurent D.

9210 N. Fireridge Trail
Scottsdale, AZ 85268

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Shareholder

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.131**   Nonpriority creditor's name and mailing address

Premier Partner Investment, LLP

Irvin Gross 800 S. Ocean Blvd, Apt L1
Boca Raton, FL 33432

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Shareholder

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.132  Nonpriority creditor's name and mailing address

Ray Sr., Mark J.

17917 Little Spokane Dr.

Colbert, Wa 99005

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ Unknown

### 3.133  Nonpriority creditor's name and mailing address

Reed, James GW

8756 122nd Ave., NE

Kirkland, WA 98033

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ Unknown

### 3.134  Nonpriority creditor's name and mailing address

Rein, Donevan A.

35905 SE Sandalee Court

Snoqualmie, WA 98065

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ Unknown

### 3.135  Nonpriority creditor's name and mailing address

Rein, Geraldine G.

3906 W. Crandall Lane

Spokane, WA 99208

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ Unknown

### 3.136  Nonpriority creditor's name and mailing address

Rein, Jonathan U

1208 Gordon Lane

Santa Rosa, CA 95404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$ Unknown

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.137** Nonpriority creditor's name and mailing address

Rein, Ryan D.

3906 W. Crandall Lane
Spokane, WA 99208

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: ___Shareholder___

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ ___Unknown___

---

**3.138** Nonpriority creditor's name and mailing address

Rettman, Peter

3700 W. Lawton St.
Seattle, WA 98199

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Shareholder___

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ ___Unknown___

---

**3.139** Nonpriority creditor's name and mailing address

Reugh Construction

K Wendell Reugh 4814 S. St. Andrews Lane
Spokane, WA 99223

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Shareholder___

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ ___Unknown___

---

**3.140** Nonpriority creditor's name and mailing address

Reugh, Wendell

4814 S. St. Andrews Lane
Spokane, WA 99223

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Shareholder___

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ ___Unknown___

---

**3.141** Nonpriority creditor's name and mailing address

Rivard, Elizabeth A.

5202 S. Hogan Court
Spokane, WA 99223

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Shareholder___

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$ ___Unknown___

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.142** Nonpriority creditor's name and mailing address

Rivard, James D.

c/o SRM Development 111 N. Post St., Ste 200

Spokane, WA 99201

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.143** Nonpriority creditor's name and mailing address

Sabey Corporation

12201 Tukwila Int'l Blvd

Seattle, WA 98168

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.144** Nonpriority creditor's name and mailing address

Sabey, John

12201 Tukwila Int'l Blvd

Seattle, WA 98168

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.145** Nonpriority creditor's name and mailing address

Sandifur, C. Paul, Jr.

3224 E. 18th Avenue

Spokane, WA 99223

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.146** Nonpriority creditor's name and mailing address

Santschi, Margaret Corliss

8818 W. Rosemonte Dr

Peoria, AZ 85382

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

## Part 2:  Additional Page

| | Amount of claim |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.147 Nonpriority creditor's name and mailing address**

Schick, Gloria

4764 Swenson Rd PO Box 2240
Deer Park, WA 99006

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Shareholder

Date or dates debt was incurred _____
Last 4 digits of account number ____ ____ ____ ____

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

**3.148 Nonpriority creditor's name and mailing address**

Schmidt, Leon

2721 N. VanMarter #4
Spokane, WA 99206

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Date or dates debt was incurred _____
Last 4 digits of account number ____ ____ ____ ____

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

**3.149 Nonpriority creditor's name and mailing address**

SDAD, LLC

Douglas Brajcich 601 W. Main #812
Spokane, WA 99201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Date or dates debt was incurred _____
Last 4 digits of account number ____ ____ ____ ____

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

**3.150 Nonpriority creditor's name and mailing address**

Selland, Karin L.

2719 W. Strong Road
Spokane, WA 99208

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Date or dates debt was incurred _____
Last 4 digits of account number ____ ____ ____ ____

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

**3.151 Nonpriority creditor's name and mailing address**

Shoff, Keith & Cheryl

1224 E. Fireside Lane
Spokane, WA 99208

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Date or dates debt was incurred _____
Last 4 digits of account number ____ ____ ____ ____

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

Debtor  Digideal Corporation
      Name

Case number *(if known)* 17-00449-FPC11

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.152** Nonpriority creditor's name and mailing address

Simmons, James

5413 S. Quail Ridge Cir
Spokane, WA 99223

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ Unknown

---

**3.153** Nonpriority creditor's name and mailing address

Snow Mountain Construction

Stan Barker 581 Lancaster Dr. SE #74
Salem, OR 97317

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ Unknown

---

**3.154** Nonpriority creditor's name and mailing address

Snyder, Maryanne K.

15207 NE 68th Street
Redmond, WA 98052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ Unknown

---

**3.155** Nonpriority creditor's name and mailing address

Snyder, Maryanne K. & Gregory C. Lowney

15207 NE 68th Street
Redmond, WA 98052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ Unknown

---

**3.156** Nonpriority creditor's name and mailing address

Spokane County Property Tax

PO Box 199
Spokane, WA 99210

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 5,300.00

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.157** Nonpriority creditor's name and mailing address

Spokane Food Services
_____

Mark J. Ray, Sr. 1821 W. 5th Ste 106
_____
Spokane, WA 99201

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.158** Nonpriority creditor's name and mailing address

Stevens, Leon
_____

14221 E. Burnett Road
_____
Spokane, WA 99217

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.159** Nonpriority creditor's name and mailing address

Stockton, John H. & Nada M.
_____

538 W. Sumner Avenue
_____
Spokane, WA 99204

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.160** Nonpriority creditor's name and mailing address

Stone, John
_____

2187 N. Main St.
_____
Coeur d'Alene, ID 83814

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.161** Nonpriority creditor's name and mailing address

Stone, Suzanne
_____

107 E. Sumner #C
_____
Spokane, Wa 99202

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.162** Nonpriority creditor's name and mailing address

_See 7 in Addendum_

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.163** Nonpriority creditor's name and mailing address

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.164** Nonpriority creditor's name and mailing address

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.165** Nonpriority creditor's name and mailing address

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.166** Nonpriority creditor's name and mailing address

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Name

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167** Nonpriority creditor's name and mailing address

TCSJohnHuxley South Africa

PO Box 7231 Halway House
Midrand, GA 1685 South Africa

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 180.00

---

**3.168** Nonpriority creditor's name and mailing address

Third Street Consortium, LLC

5207 E. Third Avenue
Spokane Valley, WA 99212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,691,705.62

---

**3.169** Nonpriority creditor's name and mailing address

U.S. Playing Card Company

300 Gap Way
Erlanger, Ky 41018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,600.00

---

**3.170** Nonpriority creditor's name and mailing address

Urquhart, Donald D.

5031 SW 18th Pl
Portland, OR 97239

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.171** Nonpriority creditor's name and mailing address

Urquhart, Glen A.

25665 Marine View Dr., S
Des Moines, WA 98198

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.172** Nonpriority creditor's name and mailing address

Urquhart, James S.

37927 SE 82nd Place
Snoqualmie, WA 98065

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.173** Nonpriority creditor's name and mailing address

Urquhart, Linda

23020 NE 139th Ct
Redmond, WA 98053

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.174** Nonpriority creditor's name and mailing address

Victory Casino Cruises

180 Christopher Columbus Dr.
Cape Canaveral, FL 32920

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 0.00

---

**3.175** Nonpriority creditor's name and mailing address

Wang, James

2038 Fulton Ave
Monterey Park, CA 91755

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.176** Nonpriority creditor's name and mailing address

Western Electronics, LLC

1550 S. Tech Lane
Meridian, ID 83642

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 123,503.64

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.177** Nonpriority creditor's name and mailing address

Western United Life Assurance Co

Teresa Fricke 929 W. Sprague Ave
Spokane, WA 99201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

---

**3.178** Nonpriority creditor's name and mailing address

Weyrauch, Bruce

2721 N. VanMarter #4
Spokane, WA 99206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

---

**3.179** Nonpriority creditor's name and mailing address

XO Communications, LLC

8851 Sandy Parkway
Sandy, UT 84070

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,771.36

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

---

**3.180** Nonpriority creditor's name and mailing address

Yongo, Joanna R.

3732 S Skyview Dr.
Spokane, Wa 99203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shareholder

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

---

**3.181** Nonpriority creditor's name and mailing address

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.12. | Line _____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |



17-00449-FPC11    Doc 16    Filed 03/08/17    Entered 03/08/17 15:22:34    Pg 76 of 92

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5. **Add the amounts of priority and nonpriority unsecured claims.**

                                                 **Total of claim amounts**

| | | |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $ 104,731.96 |
| 5b. **Total claims from Part 2** | 5b. + | $ 2,446,026.16 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,550,758.12 |

**Attachment 1**

Business Entities Section, 1500 11th Street, Third Floor

2.    Lucas Kuhn
      2815 E. 19th venue
      Spokane, WA 99223
      4
      Wages/Salaries/Commissions
       X
      41,618.64
      41,618.64

      Melissa Denman
      5615 W. Comanche Dr.
      Spokane, WA 99208
      4
      Wages/Salaries/Commissions
       X
      3,664.65
      3,664.65

      Michael Kuhn
      4623 E. Glennaire Dr.
      Spokane, WA 99223
      4
      Wages/Salaries/Commissions
       X
      1.00+
      1.00+

      Minnesota Secretary of State
      Retirement Systems of MN Bldg, 60 Empire Dr, Suite 100
      St Paul, MN 55103
      8
      Taxes and Other Government Debts
       X
      0.00
      0.00

3.    Gore, Daniel



2120 S. Post Street
Spokane, WA 99203
   X
Shareholder
Unknown

Gregory, Randy
c/o Tom Culbertson Lukins & Annis
717 W. Sprague Ave., Ste 1600
Spokane, WA 99201
   X
Shareholder
Unknown

Hannes, Ron
2209 E. Brookfield Lane
Spokane, WA 99223
   X
Shareholder
Unknown

Hansen, Rick
13411 E. 8th Avenue
Spokane, WA 99216
   X
Shareholder
Unknown

Hanson, Randy
5555 N. Riley St.
Las Vegas, NV 89149
   X
Shareholder
Unknown

4.   Hargis Black, Helen A.
5111 St. Andrews Ln
Spokane, WA 99223
   X
Shareholder



Unknown

Hendricks, Charles
2308 Centennial Rose Dr.
Fargo, ND 58104
  X
Shareholder
Unknown

HMS Panama Corporation
Calle 71 San Francisco PH Morica, Piso 8
Officina 4
Panama City, Panama 8C41K JGVJ0
  X
7,382.61

Holley, Driggs, Walch, Puzey & Thompson
400 S. Fourth Street, 3rd Floor
Las Vegas, NV 89101
  X
129,235.94

Huppin, Murray & Leslie
3607 S. Jefferson Dr.
Spokane, WA 99203
  X
Shareholder
Unknown

5.    IBEX Absolute Fund, LP
Richard Kesner 551 NW 77th St., Ste 101
Boca Raton, FL 33487
  X
Shareholder
Unknown

ICM Asset Management
601 W. Main, Suite 900
Spokane, WA 99201
  X
Shareholder



Unknown

International Game Technology
9295 Prototype Drive
Reno , NV 89521
 X
7,160.00

Intertek Testing Services NA Inc
1365 Adams Court
Menlo Park, CA 94025
 X
635.00

JDLS, LLC
c/o ICM Asset Management Attn: James Simmons
601 W. Main #900
Spokane, WA 99201
 X
Shareholder
Unknown

6.    Jessen, Rod C
      609 E. Brentwood
      Spokane, WA 99208
       X
      Shareholder
      Unknown

JKT Partners
1603 W. Pinehill Road
Spokane, WA 99218
 X
Shareholder
Unknown

Joel Jacobson, IRA
c/o Provident Financial Mgmt 2850 Ocean Park Blvd, STe 300
Santa Monica, CA 90405
 X
Shareholder

Unknown

Jorgensen, Robert
7723 N. Morton Street
Spokane, WA 99208
 X
Shareholder
Unknown

Keith A. Trefry
Scott C. Cifrese Paine Hamblen LLP
717 W. Sprague Ave., Ste 1200
Spokane, WA 99201
 X
Assigned
Notice only

7.      Streaks N Beats, Inc.
2303 Marcon Street
Brgy San Isidora, Makati City, Philippines
 X
8,603.00

Summit Securities, Inc.
Maggie Lyons 3731 N. Ramsey Road, Ste 110B
Coeur d'Alene, ID 83815
 X
Shareholder
Unknown

Susan L. Topliff Tr FBO
James F Topliff James F Topliff
818 W. Riverside Ave., Ste 250
Spokane, WA 99201
 X
Shareholder
Unknown

TableMAX Gaming, Inc.
8275 S. Eastern Ave., Suite 20
Las Vegas, NV 89123

X
8,737.00

**TCSJohnHuxley Canada Ltd**
**6171 H-M Mcleod Dr**
**Las Vegas, NV 89120**
 X
**Overpayment**
284.38

Fill in this information to identify the case:

Debtor name  __Digideal Corporation__

United States Bankruptcy Court for the: __Eastern District of Washington__

Case number (if known):  __17-00449-FPC11__          Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Service agreement for $40.00 per month (current) | Ricoh USA |
| | | | 70 Valley Stream Parkway |
| | State the term remaining | | |
| | List the contract number of any government contract | | Malvern                PA              19355 |

| | | | |
|---|---|---|---|
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease copy/fax machine at $356.00 per month (current) | Wells Fargo |
| | | | PO Box 9115 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Macon                GA              31210 |

| | | | |
|---|---|---|---|
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Postage Machine (Reject) | Mail Finance |
| | | | 468 Wheelers Farms Rd |
| | State the term remaining | | |
| | List the contract number of any government contract | | Milford                CT              06461 |

| | | | |
|---|---|---|---|
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Month-to-month lease 5207 E. Third See Attachment 1 | Third Street Consortium, LLC |
| | | | 5207 E. Third Avenue |
| | State the term remaining | | |
| | List the contract number of any government contract | | Spokane Valley          WA              99212 |

| | | | |
|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Month-to-month warehouse lease at See Attachment 2 | WOLMAD |
| | | | 2711 E. Sprague Ave |
| | State the term remaining | | |
| | List the contract number of any government contract | | Spokane                WA              99202 |

17-00449-FPC11     Doc 16     Filed 03/08/17     Entered 03/08/17 15:22:34     Pg 84 of 92

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6** State what the contract or lease is for and the nature of the debtor's interest — Common Stock Purchase Warrants to See Attachment 3

Seaport V, LLC
360 Madison Ave., 22nd Floor

State the term remaining

List the contract number of any government contract

New York                    NY      10017

**2.7** State what the contract or lease is for and the nature of the debtor's interest — Common Stock Purchase Warrants to See Attachment 4

NABAC, LLC
13230 S. Bluegrouse

State the term remaining

List the contract number of any government contract

Spokane                     WA      99224

**2.8** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.9** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.10** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.11** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.12** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases

Attachment 1

Avenue, Spokane, Washington 99204 requiring payments in the sum of $15,018.42 per month, plus property taxes, insurance, and maintenance expenses.

Attachment 2

3623 E. Sprague Ave., Spokane, Washington 99202, requiring payments in the sum of $1,000 per month.

Attachment 3

purchase shares of common stock to the extent determined to be executory contract.

Attachment 4

purchase shares of common stock to the extent determined to be executory contract.

**Fill in this information to identify the case:**

Debtor name    Digideal Corporation

United States Bankruptcy Court for the: Eastern District of Washington

Case number (If known):   17-00449-FPC11

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1   Michael J. Kuhn | 4623 E. Glennaire Dr.<br>Street<br><br>Spokane    Wa    99223<br>City     State     ZIP Code | First National Bank of<br>Omaha | ☐ D<br>☒ E/F<br>☐ G |
| 2.2 | Street<br><br>City     State     ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City     State     ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City     State     ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City     State     ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City     State     ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

KEVIN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

1
2
3
4
5
6

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

7  In re:

No.: **17-00449-FPC11**

8  **DIGIDEAL CORPORATION,**

Chapter **11**

9     Debtor.

**SCHEDULES I & J**

10

11     Attached hereto and marked as Exhibit "A" is a true and correct copy of Debtor's

12  Profit and Loss statement for the twelve periods ending September 30, 2016.

13     DATED this 8th day of March, 2017.

14             DIGIDEAL CORPORATION

15

16          By: _____ PRESIDENT

17           MIKE KUHN, President

18
19
20
21
22
23
24
25  Schedules I & J-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

DIGIDEAL CORPORATION                                            Unaudited

Income Statement

For The 12 Periods Ended 9/30/2016

| | | Period to Date | % of Revenue | Year to Date | % of Revenue |
|---|---|---:|---:|---:|---:|
| **Revenue** | | | | | |
| 40000 | Sales - Retail | $ -0.00 | -0.00% | $ 809.57 | 0.10% |
| 40005 | Sales - Retail Out of State | $ 21,944.02 | 38.54% | $ 413,563.67 | 50.69% |
| 40200 | Sales - Mfg Out of State | $ -0.00 | -0.00% | $ 338,000.00 | 41.43% |
| 40405 | Sales - Other Income - Out of State | $ 35,000.00 | 61.46% | $ 63,500.00 | 7.78% |
| | **Total Revenue:** | $ 56,944.02 | 100.00% | $ 815,873.24 | 100.00% |
| | | | | | |
| **Cost of Sales** | | | | | |
| 50000 | COGS - Materials | $ 91,221.56 | 160.20% | $ 188,630.25 | 23.12% |
| 50014 | COGS - Service parts | $ 431.46 | 0.76% | $ 11,432.89 | 1.40% |
| 50017 | COGS - Warranty Items - Customer | $ 88.00 | 0.15% | $ 8,891.98 | 1.09% |
| 50020 | Freight - Mfg | $ 314.96 | 0.55% | $ 11,686.20 | 1.43% |
| 50022 | Freight-Importation costs | $ 96.07 | 0.17% | $ 96.07 | 0.01% |
| 50028 | Depreciation-Leased Equipment | $ -4,920.57 | -8.64% | $ 10,234.08 | 1.25% |
| 50033 | ECO/NRE/Tooling | $ 0.00 | 0.00% | $ 146.70 | 0.02% |
| 50090 | Rent - Mfg area | $ 3,507.05 | 6.16% | $ 35,846.76 | 4.39% |
| 50130 | Salaries/Wages - Mfg | $ 5,500.70 | 9.66% | $ 46,115.90 | 5.65% |
| 50136 | Salaries/Benefits-Insurance - Mfg | $ 531.00 | 0.93% | $ 6,060.38 | 0.74% |
| 50138 | Salaries/Wages - Payroll Taxes - Mfg | $ 516.68 | 0.91% | $ 5,407.13 | 0.66% |
| | **Total Cost of Sales:** | $ 97,286.91 | 170.85% | $ 324,548.34 | 39.78% |
| | **Gross Profit:** | $ -40,342.89 | -70.85% | $ 491,324.90 | 60.22% |
| | | | | | |
| **Expenses** | | | | | |
| **OPERATING EXPENSE** | | | | | |
| 60010 | Amortization | $ 2,492.51 | 4.38% | $ 6,687.13 | 0.82% |
| 60050 | Bank Charges/Late Fees | $ 393.75 | 0.69% | $ 4,678.83 | 0.57% |
| 60073 | Building - Repairs & Maintenance | $ 5.91 | 0.01% | $ 5,529.95 | 0.68% |
| 60076 | Building - Security | $ 0.00 | 0.00% | $ 521.54 | 0.06% |
| 60101 | Depreciation Expense | $ -5,736.82 | -10.07% | $ 828.89 | 0.10% |
| 60121 | Dues/Memberships/Subscriptions | $ -110.00 | -0.19% | $ 1,519.42 | 0.19% |
| 60143 | Equipment - Repairs & Maintenance | $ 6.50 | 0.01% | $ 1,845.39 | 0.23% |
| 60146 | Equipment Rental Expense | $ 408.36 | 0.72% | $ 9,899.96 | 1.21% |
| 60160 | Insurance - Bldg/Auto/D&O/Foreign | $ 7,544.16 | 13.25% | $ 35,504.85 | 4.35% |
| 60170 | Internet & Electronic Services | $ 1,351.47 | 2.37% | $ 16,839.68 | 2.06% |
| 60175 | Landscaping/Lot/Plants | $ 0.00 | 0.00% | $ 894.88 | 0.11% |
| 60178 | Licensing - Business & Gaming | $ 315.00 | 0.55% | $ 14,835.24 | 1.82% |
| 60179 | Licenses/User fees - Software | $ 0.00 | 0.00% | $ 1,996.82 | 0.24% |
| 60182 | Meals & Entertainment - General | $ 1,361.51 | 2.39% | $ 77.83 | 0.01% |
| 60198 | Patent Fees Expense | $ -184.72 | -0.32% | $ 13,836.55 | 1.70% |
| 60210 | Postage | $ 0.00 | 0.00% | $ 135.03 | 0.02% |
| 60215 | Printing/Reproduction | $ -114.00 | -0.20% | $ 164.90 | 0.02% |
| 60220 | Professional Fees - Accountant | $ 8,500.31 | 14.93% | $ 1,993.10 | 0.24% |
| 60222 | Professional Fees - Attorney | $ 12,261.23 | 21.53% | $ 227,155.38 | 27.84% |
| 60260 | Rent - Building | $ 433.58 | 0.76% | $ 146,067.09 | 17.90% |
| 60265 | Royalty Expense | $ 18,230.27 | 32.01% | $ 4,289.93 | 0.53% |
| 60270 | Salaries/Wages | $ 3,356.46 | 5.89% | $ 544,929.33 | 66.79% |
| 60272 | Salaries/Wages - Commissions | $ 4,148.24 | 7.28% | $ 6,065.04 | 0.74% |
| 60276 | Salaries/Wages - Benefits - Insurance | $ 0.00 | 0.00% | $ 47,863.24 | 5.87% |
| 60277 | Salaries/Wages - Benefits - 401k/ESOP Ex | $ 44,492.18 | 78.13% | $ 1,415.00 | 0.17% |
| 60278 | Salaries/Wages - Payroll Taxes | $ 201.53 | 0.35% | $ 68,212.92 | 8.36% |
| 60310 | Supplies Expense - Office/Building | $ 2,432.01 | 4.27% | $ 791.39 | 0.10% |
| 60320 | Taxes | $ 201.36 | 0.35% | $ 14,403.38 | 1.77% |
| 60330 | Telephone | $ 277.66 | 0.49% | $ 2,502.21 | 0.31% |
| 60335 | Telephone - Cellular | $ 41.30 | 0.07% | $ 8,623.39 | 1.06% |
| 60337 | Telephone - Hardware | $ 781.25 | 1.37% | $ 41.30 | 0.01% |
| 60380 | Utilities Expense - Office | $ 68.10 | 0.12% | $ 14,020.62 | 1.72% |
| 60390 | Vehicle - Fuel/Mileage | | | $ 68.10 | 0.01% |

17-00449-FPC11     Doc 16     Filed 03/08/17     Entered 03/08/17 15:22:34     Pg 89 of 92

DIGIDEAL CORPORATION
Income Statement                                              **Unaudited**
For The 12 Periods Ended 9/30/2016

| | | Period to Date | % of Revenue | Year to Date | % of Revenue |
|---|---|---:|---:|---:|---:|
| 60395 | Vehicle - Licenses/Repairs/Maint. | $ 169.06 | 0.30% | $ 245.06 | 0.03% |
| | **Total G & A Expenses:** | $ 103,328.17 | 181.46% | $ 1,204,483.37 | 147.63% |
| **R & D Expense** | | | | | |
| 70050 | R & D Labs/Gaming Approval | $ 0.00 | 0.00% | $ 2,015.00 | 0.25% |
| 70060 | R & D Licenses - Software | $ 0.00 | 0.00% | $ 1,275.00 | 0.16% |
| 70150 | R & D Salaries/Wages | $ -7,685.16 | -13.50% | $ 6,833.85 | 0.84% |
| 70156 | R & D Salaries/Wages - Benefits - Insuranc | $ 0.00 | 0.00% | $ 13,005.11 | 1.59% |
| 70157 | R & D Salaries/Wages - Benefits - 401k & I | $ 0.00 | 0.00% | $ 1,415.00 | 0.17% |
| 70158 | R & D Salaries/Wages - Taxes | $ -22.47 | -0.04% | $ 1,880.88 | 0.23% |
| 70205 | R & D Rent Expense | $ 1,914.32 | 3.36% | $ 22,749.26 | 2.79% |
| | **Total R & D Expenses:** | $ -5,793.31 | -10.17% | $ 49,174.10 | 6.03% |
| | **Total Expenses:** | $ 97,534.86 | 171.28% | $ 1,253,657.47 | 153.66% |
| | **Income from Operations:** | $ -137,877.75 | -242.13% | $ -762,332.57 | -93.44% |
| **Other Income and Expense** | | | | | |
| 95000 | Interest Income | $ 0.01 | 0.00% | $ 0.12 | 0.00% |
| 95020 | Interest Expense | $ -92,896.66 | -163.14% | $ -1,407,228.49 | -172.48% |
| 95200 | Gain or Loss on Sale of Asset | $ -0.00 | -0.00% | $ -750.00 | -0.09% |
| | **Total Other Income and** | $ -92,896.65 | -163.14% | $ -1,407,978.37 | -172.57% |
| | **Net Income (Loss):** | $ -230,774.40 | -405.27% | $ -2,170,310.94 | -266.01% |

17-00449-FPC11     Doc 16     Filed 03/08/17     Entered 03/08/17 15:22:34     Pg 90 of 92

Debtor name _____ **Digideal Corporation**

United States Bankruptcy Court for the: _____ **Eastern District of Washington**

Case number (If known): _____ **17-00449-FPC11**

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ................................................................

   $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................................

   $ _____

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................................

   $ **0.00**

## Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, at the bottom of page 1 of *Schedule D* ............................

   $ **11,953,005.05**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ................................................................

   $ **104,731.96**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................................................

   + $ **2,446,026.16**

4. **Total liabilities** ................................................................
   Lines 2 + 3a + 3b

   $ **14,503,763.17**

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | Digideal Corporation |
| United States Bankruptcy Court for the: | Eastern District Of Washington |
| Case number (*If known*): | 17-00449-FPC11 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/8/17
MM / DD / YYYY

**x** _____    PRESIDENT
Signature of individual signing on behalf of debtor

Michael J. Kuhn
Printed name

President
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

17-00449-FPC11    Doc 16    Filed 03/08/17    Entered 03/08/17 15:22:34    Pg 92 of 92