KEVIN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No.: **17-00449-FPC11** |
| **DIGIDEAL CORPORATION,** | Chapter **11** |
| Debtor. | **MOTION PURSUANT TO 11 U.S.C. §105(a) AND §366(b) FOR DETERMINATION THAT ADEQUATE ASSURANCE HAS BEEN PROVIDED TO UTILITY COMPANIES AND SHORTEN OBJECTION PERIOD** |

Debtor, by and through its attorney, Southwell & O'Rourke, P.S., hereby moves the Court, pursuant to 11 U.S.C. §§105(a) and 366(b), for a determination that adequate assurance has been provided to the Utility Companies Avista and Integra (hereinafter "Utility Companies") by Debtor's tender of a One Hundred Fifty Dollars ($150.00) deposit to each Utility Company.

Debtor further moves the Court for an Order shortening the time period to object to the Notice of Debtor's Motion Pursuant to 11 U.S.C. §§105(a) and 366(b) for Determination that Adequate Assurance has been Provided to Utility Companies and Shorten Objection Period (the "Notice") to ten (10) days from the date of the mailing of the notice.

Motion-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

17-00449-FPC11    Doc 24    Filed 03/09/17    Entered 03/09/17 10:38:32    Pg 1 of 2

This Motion is based upon the files and records herein, and the Affidavit of Debtors.

DATED this 9th day of March, 2017.

SOUTHWELL & O'ROURKE, P.S.

BY: /s/ Kevin O'Rourke
KEVIN O'ROURKE, WSBA #28912

Motion-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

17-00449-FPC11    Doc 24    Filed 03/09/17    Entered 03/09/17 10:38:32    Pg 2 of 2