KEVIN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**DIGIDEAL CORPORATION,**<br><br>Debtor. | No.: **17-00449-FPC11**<br><br>Chapter **11**<br><br>**NOTICE OF DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §105(a) AND §366(b) FOR DETERMINATION THAT ADEQUATE ASSURANCE HAS BEEN PROVIDED TO UTILITY COMPANIES AND SHORTEN OBJECTION PERIOD** |

TO: Creditors and other parties in interest listed on the Master Mailing List;
TO: Keith A. Trefry, Paine Hamblen LLP, Attorney for Creditor Seaport V LLC requesting special notice;
TO: Gary Dyer, Assistant Attorney for United States Trustee;
TO: Avista Utility Company;
TO: Scott Morris, Chairman of the Board, President, and CEO of Avista Utility Company;
TO: Integra; and
TO: Marc Willency, CEO and Director of Integra

**PLEASE TAKE NOTICE** that Debtor has filed a Motion with the Court requesting an Order determining that adequate assurance has been provided to Utility Companies Avista and Integra (hereinafter "Utility Companies"). Pursuant to 11 U.S.C. §366, a utility may alter, refuse, or discontinue service if neither the Trustee nor the Debtor, within twenty (20) days after the date of the order for relief, furnishes adequate assurance of payment, in the form of a deposit or other security, for service after such date. On request of a party in interest and after notice and hearing, the Court may order reasonable modification of the amount of the deposit or other security necessary to provide adequate assurance of payment. On or about February 21, 2017, Debtor tendered to each of the Utility Companies the sum of $150.00, as and for a form of deposit ("Deposit"). Debtor believes this Deposit satisfies the requirements of 11 U.SC. §366.

Certificate of Serivce-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

**PLEASE TAKE FURTHER NOTICE** that Debtor has moved the Court for an Order shortening the time period to object to this notice from ten (10) days from the date of mailing this notice. The basis of Debtor's request for the shortened objection period is that all issues relating to Debtor's motion to extend period during which Utility Companies may not alter, refuse, or discontinue service to Debtor are immediately resolved.

**PLEASE TAKE FURTHER NOTICE** that you may object separately to Debtor's request to the extension of the period during which Utility Companies may not alter, refuse, or discontinue service to the Debtor or the shortening of the objection period.

**PLEASE TAKE FINAL NOTICE** that if you object to the above proposal/request, you must do so in writing setting forth specifically the nature and basis of your objection and serve the undersigned attorney for Debtor at 960 Paulsen Building, Spokane, Washington 99201, within ten (10) days from the date of mailing this notice. In addition, you must file the original of your objection with the Clerk of the United States Bankruptcy Court at 904 W. Riverside Avenue, Spokane Washington 99210 and serve or mail a copy to the United States Trustee at 920 W. Riverside, #593, Spokane, Washington 99201.

DATED this 9th day of March, 2017.

SOUTHWELL & O'ROURKE, P.S.

BY:/s/ Kevin O'Rourke
KEVIN O'ROURKE, WSBA #28912

Date mailed: 3/9/17

Certificate of Serivce-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159