KEVIN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | No.: **17-00449-FPC11** |
|---|---|
| **DIGIDEAL CORPORATION,** | Chapter **11** |
| Debtor. | **AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 28** |

The undersigned Debtor hereby amends Statement of Financial Affairs question 28 to correct the attached Exhibit "3".

DATED this __7__ day of March, 2017.

DIGIDEAL CORPORATION

BY _____  PRESIDENT
MIKE KUHN, President

## VERIFICATION

MIKE KUHN, President of Debtor herein, states under penalty of perjury of the laws of the State of Washington that he has read the foregoing, understands the contents and believes it to be true to the best of his knowledge and information.

_____  PRESIDENT
MIKE KUHN, President

Amendment to Statement of Financial Affairs-1

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

*Digideal Corporation*
5207 E Third Ave.,
Spokane Valley, WA 99212

**Officers:**

Michael J Kuhn        President & Secretary
4623 E Glennaire Dr
Spokane, WA 99223

|  | Ownership % |  | Ownership % |
|---|---|---|---|
| **Directors:** |  |  |  |
| Michael J Kuhn<br>4623 E Glennaire Dr<br>Spokane, WA 99223 | 14.9% | NABAC, LLC<br>13230 S. Bluegrouse<br>Spokane, WA 99224 | 27.6% |


EXHIBIT 3