Fill in this information to identify the case:

Debtor: **Digideal Corporation**

United States Bankruptcy Court for the: **Eastern District of Washington**

Case number (If known): **17-00449-FPC11**

☒ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address
Amy Wallace
9309 N. Phoebe
Spokane, WA 99208

As of the petition filing date, the claim is: **Total claim $191.83**  **Priority amount $191.83**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: Wages/Salaries/Commissions

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( **4** )

**2.2** Priority creditor's name and mailing address
David Krise
6740 W. Salishan Way
Spirit Lake, ID 83869

As of the petition filing date, the claim is: **$0.00**  **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: Wages/Salaries/Commissions

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( **4** )

**2.3** Priority creditor's name and mailing address
Eric Miesch
524 W. 26th Avenue
Spokane, WA 99203

As of the petition filing date, the claim is: **$0.00**  **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: Wages/Salaries/Commissions

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( **4** )

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4 Priority creditor's name and mailing address**

Janice Pancoast
6419 E. 18th Avenue
Spokane Valley, WA 99212

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Wages/Salaries/Commissions

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $13,845.09    Priority amount: $13,845.09

---

**2.5 Priority creditor's name and mailing address**

Kane Kuhn
814 S. Lincoln Pl #4
Spokane, WA 99204

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Wages/Salaries/Commissions

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $11,283.02    Priority amount: $11,283.02

---

**2.6 Priority creditor's name and mailing address**

Lucas Kuhn
2815 E. 19th venue
Spokane, WA 99223

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Wages/Salaries/Commissions

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $12,918.98    Priority amount: $12,918.98

---

**2.7 Priority creditor's name and mailing address**

Melissa Denman
5615 W. Comanche Dr.
Spokane, WA 99208

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Wages/Salaries/Commissions

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total claim: $3,523.93    Priority amount: $3,523.93

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

### 2.8 Priority creditor's name and mailing address

Michael Kuhn  
4623 E. Glennaire Dr.  
Spokane, WA 99223

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim:  
Wages/Salaries/Commissions

Is the claim subject to offset?  
☒ No  
☐ Yes

Total claim: $154,000   Priority amount: $154,000

### 2.9 Priority creditor's name and mailing address

Stephanie Baumker  
23916 E. First Avenue  
Liberty Lake, WA 99019

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim:  
Wages/Salaries/Commissions

Is the claim subject to offset?  
☒ No  
☐ Yes

Total claim: $53.29   Priority amount: $53.29

### 2.10 Priority creditor's name and mailing address

Tyler Kuhn  
4107 E. 25th Avenue  
Spokane, WA 99223

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim:  
Wages/Salaries/Commissions

Is the claim subject to offset?  
☒ No  
☐ Yes

Total claim: $15,046.16   Priority amount: $15,046.16

### 2.11 Priority creditor's name and mailing address

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___)

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  
☐ No  
☐ Yes

Total claim: $___   Priority amount: $___

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
Amy Wallace

9309 N. Phoebe
Spokane, WA 99208

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: Wages/Deferred Salaries

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
David Krise

6740 W. Salishan Way
Spirit Lake, ID 83869

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$31,919.61

Basis for the claim: Wages/Deferred Salaries

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Eric Miesch

524 W. 26th Avenue
Spokane, WA 99203

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,534.96

Basis for the claim: Wages/Deferred Salaries

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Janice Pancoast

6419 E. 18th Avenue
Spokane Valley, WA 99212

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: Wages/Deferred Salaries

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Kane Kuhn

814 S. Lincoln Pl #4
Spokane, WA 99204

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim: Wages/Deferred Salaries

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Lucas Kuhn

2815 E. 19th Ave
Spokane, WA 99223

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,453.78

Basis for the claim: Wages/Deferred Salaries

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.7
**Nonpriority creditor's name and mailing address**
Melissa Denman

5615 W. Comanche Dr.
Spokane, WA 99208

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$0.00

Basis for the claim: Wages/Deferred Salaries

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

### 3.8
**Nonpriority creditor's name and mailing address**
Michael Kuhn

4623 E. Glennaire Dr
Spokane, WA 99223

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$940,419.63

Basis for the claim: Wages/Deferred Salaries

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

### 3.9
**Nonpriority creditor's name and mailing address**
Stephanie Baumker

23916 E. First Ave
Liberty Lake, WA 99019

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,105.29

Basis for the claim: Wages/Deferred Salaries

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

### 3.10
**Nonpriority creditor's name and mailing address**
Tyler Kuhn

4107 E. 25th Avenue
Spokane, WA 99223

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,862.46

Basis for the claim: Wages/Deferred Salaries

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

### 3.11
**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$

Basis for the claim: _____

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor **Digideal Corporation** Case number (if known) 17-00449-FPC11

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ____ ☐ Not listed. Explain ____ | — — — — |
| 4.2. | | Line ____ ☐ Not listed. Explain ____ | — — — — |
| 4.3. | | Line ____ ☐ Not listed. Explain ____ | — — — — |
| 4.4. | | Line ____ ☐ Not listed. Explain ____ | — — — — |
| 4.5. | | Line ____ ☐ Not listed. Explain ____ | — — — — |
| 4.6. | | Line ____ ☐ Not listed. Explain ____ | — — — — |
| 4.7. | | Line ____ ☐ Not listed. Explain ____ | — — — — |
| 4.8. | | Line ____ ☐ Not listed. Explain ____ | — — — — |
| 4.9. | | Line ____ ☐ Not listed. Explain ____ | — — — — |
| 4.10. | | Line ____ ☐ Not listed. Explain ____ | — — — — |
| 4.11. | | Line ____ ☐ Not listed. Explain ____ | — — — — |
| 4.12. | | Line ____ ☐ Not listed. Explain ____ | — — — — |

Debtor    Digideal Corporation                           Case number (if known) 17-00449-FPC11

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $56,862.30 |
| 5b. Total claims from Part 2 | 5b. + | $995,295.73 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $1,052,158.03 |

Fill in this information to identify the case and this filing:

Debtor Name **Digideal Corporation**

United States Bankruptcy Court for the: **Eastern District Of Washington**

Case number (if known): **17-00449-FPC11**

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration **Amended Schedule E/F**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **3/9/17**
MM /DD / YYYY

X _____ PRESIDENT
Signature of individual signing on behalf of debtor

Michael J. Kuhn
Printed name

President
Position or relationship to debtor

Official Form B202    Declaration Under Penalty of Perjury for Non-Individual Debtors