GARY W. DYER
Assistant United States Trustee
United States Dept. of Justice
Office of the United States Trustee
United States Courthouse
W. 920 Riverside Ave. Room 593
Spokane, Washington 99201
Telephone (509) 353-2999
Fax (509) 353-3124

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| **In re:** | } | Case No: 17-00449-FPC11 |
| DIGIDEAL CORPORATION | } | |
| | } | **AMENDED** |
| | **}** | APPOINTMENT OF COMMITTEE |
| | } | OF UNSECURED CREDITORS IN A |
| Debtor | } | CHAPTER 11 REORGANIZATION CASE |

The United States Trustee hereby appoints the following creditors of the above-named

debtor to the committee of unsecured creditors.

SGMT, LLC
Brad Grover
2268 N. Aldercrest Pl.
Eagle, ID 83616
(208) 859-0799

John Chandler, Esq.
9009 N FM 670 Rd., Apt. 2007
Austin, TX 78726
(509) 808-1481

D A T E D this 6th day of April, 2017.

Respectfully submitted,

GAIL BREHM GEIGER
Acting United States Trustee


 /s/ Gary W. Dyer
GARY W. DYER
Assistant United States Trustee